1/96)

# UNITED STATES DISTRICT COURT

## District of  Massachusetts

**Robert J Campbell and**
**The Campbell Family Investment Trust**
**Plaintiff**

V.

The Town of Weymouth, Ma. Etal
Defendant

**APPLICATION TO PROCEED**

**WITHOUT PREPAYMENT OF**
**FEES AND AFFIDAVIT**

CASE NUMBER: 05—10620-WGY

I, __Francis Campbell , Trustee _____ declare that I am the (check appropriate box)

G petitioner/plaintiff/movant XX            G other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs
under 28 USC § 1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief

sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?        G Yes        G No  XX     (If "No," go to Part 2)

    If "Yes," state the place of your incarceration   _____

    Are you employed at the institution?   _____  Do you receive any payment from the institution?   _____

    Attach a ledger sheet from the institution^) of your incarceration showing at least the past six months'
    transactions.

2.  Are you currently employed?        G Yes  XX        G No

    a.   If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and
         address of your employer.   Part Time work with the  Franklin Savings Bank

         Pay is $ 175.00 per week                          387 Central Street

                                                           Franklin, NH  03235

    b.   If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and
         pay period and the name and address of your last employer.

3.   In the past 12 twelve months have you received any money from any of the following sources?

     | | | | |
     |---|---|---|---|
     | a. | Business, profession or other self-employment | G Yes | G No X |
     | b. | Rent payments, interest or dividends | G Yes | G No X |
     | c. | Pensions, annuities or life insurance payments | G Yes X | G No |
     | d. | Disability or workers compensation payments | G Yes | G No X |
     | e. | Gifts or inheritances | G Yes | G No X |
     | f. | Any other sources | G Yes | G No X |

     If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the
     amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 9/96)

| | | |
|---|---|---|
| Pension from Raytheon Company | $   457.52 | Per month |
| Social Security | $ 1,495.00 | per  month |
| 1998 Subaru | $   3000.00 | |
| 1991 Buick | $   500.00 | |

4.    Do you have any cash or checking or savings accounts?          G Yes  X          G No

     If "Yes," state the total amount.    $797.00 Savings & Checking Account

5.    Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other
      thing of value?          G Yes  X          G No

     If "Yes," describe the property and state its value.

     New Hampshire Home  $ 150,000.00    ( Mortgage of $ 116.000.00)

     Lot of Land in Weymouth Ma. That is being held to build Day Care Building          $150,000.00

     List the persons who are  dependent  on you for support, state your relationship to each person and indicate how
     much you contribute to their support.

       Ruth Campbell  Wife  90%

     I declare under penalty of perjury that the above information is true and correct.

                                                        *Francis Campbell, Trustee*

           Date    12 May 2005          Signature of Applicant:  Francis Campbell, Trustee

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFF shall submit an affidavit stating all assets. In
addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all
receipts, expenditures, and balances during the last sk months in your institutional accounts. If you have
multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each
account.