UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Robert J. Campbell, and
The Campbell Family Investment Trust
    *Plaintiffs,*

V.

Town of Weymouth, and
Paul M. Dillon, Mary Sue Ryan,
Susan Abbott, Paul F. Lynch, individually
and as members of the Weymouth Planning
Board, and James Clarke individually and
as Director of Planning and Community
Development, and Jeffrey R. Coates,
individually and as Director of Municipal
Liens and Licenses, and Mary S. McElroy,
Francis O'Brien, Edward Foley, Martin Joyce,
Stanley Elkerton, individually and as members
of the Weymouth Board of Zoning Appeals, and
Officer Michael Nasuti, individually and as a
member of the Weymouth Police Department,
and Sandra Gildea, and Ruth S. Amos, individually,
and William Ryan, individually and as a member
of the Weymouth Board of Selectmen
    *Defendants*

CIVIL ACTION
NO.05-10620-WGY

## MOTION FOR LEAVE TO AMEND COMPLAINT

The plaintiffs, Robert J. Campbell and The Campbell Family Investment Trust, ["the Campbells"] respectfully submit a Motion For Leave To Amend Complaint in the above captioned action, to address the following concerns:

1. The Campbells seek to amend their complaint filed in the instant case to correct discrepancies in "Parties" between this action and the Original Complaint filed in Massachusetts Land Court on Docket #280041 ["the Original Complaint"]; to amend references to citations of the United States Code and Massachusetts General Laws; to

clarify particular Defendants' ascent to positions of authority; and, to correct typographical errors.

2. The Campbells seek leave to amend and substitute Plaintiffs, by removing "Tammy A. Campbell" [from the Original Complaint] and substituting "The Campbell Family Investment Trust" ("the Family Trust") in this action, where the Family Trust is a real party in interest with legitimate claims and rights to remedy and relief, as allowed under Federal Rules of Civil Procedure, 17(a), 18(a), 18(b), and 20(a).

3. Whereas, Tammy A. Campbell is the spouse of Plaintiff Robert J. Campbell, her interests, claims and rights to remedy and relief for damages and injuries will not be forfeit by this substitution, but rather, adequately represented by the surviving Plaintiff.

4. Additionally, the Campbells seek leave to modify the list of defendants, through the release of certain individuals named as Defendants in the Original Complaint, and the addition of parties responsible for the cause of action of Plaintiffs' claims, as allowed by the Permissive Joinder Of Parties, under Federal Rules of Civil Procedure, 20(a).

5. The Defendants from the Original Complaint, to be released from the Plaintiffs' claim of liability and/or collusion, are:

    Mr. Richard McLeod and Mr. Donald Holzworth, as members of the Weymouth Board of Zoning Appeals ["BZA"][1], both of whom affirmatively supported the Plaintiff's Application For Variance before the BZA.

6. The Defendants joined in this action, as responsible parties for the Plaintiffs claims of liability and/or collusion are:

---

[1] Modifications to the list of Defendants were made prior to filing the Complaint in the instant action. Mr. McLeod and Mr. Holzworth were omitted for the reason described in the current paragraph.

Mr. Paul M. Dillon, Mrs. Mary Sue Ryan, Mrs. Susan Abbott, Mr. Paul F. Lynch, individually and as members of the Weymouth Planning Board, Officer Michael Nasuti, individually and as a member of the Weymouth Police Department, and Mrs. Sandra Gildea, and Ms. Ruth S. Amos, individually, and Mr. William Ryan, individually and as a member of the Weymouth Board of Selectmen[2]

7. Jurisdiction citations in Paragraph 1 of the Complaint should be amended to include Title 28 U.S.C. §1441.

8. Defendant members of the BZA described in paragraphs eleven (11) through fifteen (15) of the "Parties", are currently [appointed] and not [elected] members, as previously described. {Emphasis added to show corrections required}

9. Typographical errors in citation reference to "M.G.L. Chapter 43A, Section 3", in paragraphs forty-two (42), eighty-six (86), and ninety-seven (97) of the "Introduction", should be amended to read "M.G.L. Chapter 40A, §3". {Emphasis added to show corrections required}

10. Incorrect citation references to M.G.L. "Chapter 30A, Section 11 ½ (1)(a) through (c)" in paragraphs one hundred ninety-two (192) and one hundred ninety-three (193) of the "Facts", should be amended to read "Chapter 39A, §23B (1)(a) through (1)(c)". {Emphasis added to show corrections required}

11. Minor typographical errors present in paragraphs two hundred eleven (211), two hundred twelve (212) and two hundred fourteen (214) of the "Counts" are to be corrected for convenience and clarity.

---

[2] Modifications to the list of Defendants were made prior to filing the Complaint in the instant action. The individuals named were added for reason(s) described in the Complaint.

12. Minor typographical errors present in paragraphs thirty-six (36), forty-nine (49), fifty-nine (59), sixty (60), one hundred (100), one hundred twenty-one (121), one hundred thirty-four (134), one hundred forty-five (145), one hundred sixty-six (166) and one hundred seventy-nine (179) of the "Introduction" are to be corrected for convenience and clarity.

13. Accordingly, the Plaintiffs humbly request this Court allow this Motion for Leave to Amend Complaint and accept the enclosed First Amended Complaint.

Humbly submitted, signed and sworn to by:

Robert J. Campbell

Plaintiff, Pro Se
50 Squanto Road
North Weymouth, MA 02191
Telephone (781) 335-4362

Dated May 23, 2005

## CERTIFICATE OF SERVICE

I hereby certify on this day that a true copy of the enclosed document was served upon the defendant(s) by U.S. Mail/Hand Delivery.

Date:_____

                                                             Robert J. Campbell, Plaintiff, Pro Se
                                                                      50 Squanto Road
                                                                 North Weymouth, MA 02191
                                                                Telephone (781) 335-4362