UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Robert J. Campbell, and
The Campbell Family Investment Trust
    *Plaintiffs,*

V.

Town of Weymouth, et al
    *Defendants*

CIVIL ACTION
NO. 05-10620-WGY

## STATEMENT OF REASONS IN SUPPORT OF PLAINTIFFS MOTION FOR LEAVE TO AMEND COMPLAINT

The plaintiffs, Robert J. Campbell and The Campbell Family Investment Trust, ["the Campbells"] respectfully submit the following reasons in support of their Motion For Leave To Amend Complaint in the above captioned action:

1. Leave shall be "freely given" when justice so requires pursuant to Federal Rules of Civil Procedure, 15(a).

2. Leave to amend shall be granted unless there is a good reason for denying the motion including, "undue delay", bad faith or a dilatory motive on the part of the movant, repeated failure to cure deficiencies previously allowed, undue prejudice to the opposing party, or futility of amendment. Castellucci v. United Fidelity and Guarantee Co., 372 Mass. 288, 290 (1977). There are no such reasons for denial in this case.

3. The defendants will not be prejudiced by the amendment since service of the first complaint has not been made, there are no motions or petitions pending by either party, and no actions have been initiated by the Court, as of this date.

4. Interests of justice should permit the plaintiffs the opportunity to amend their Complaint.

For the reasons stated above, the plaintiffs respectfully request that the Court grant them leave to file the enclosed First Amended Complaint.

Humbly submitted, signed and sworn to by:

Robert J. Campbell

Plaintiff, Pro Se
50 Squanto Road
North Weymouth, MA 02191
Telephone (781) 335-4362

Dated May 23, 2005

## CERTIFICATE OF SERVICE

I hereby certify on this day that a true copy of the enclosed document was served upon the defendant(s) by U.S. Mail/Hand Delivery.

Date:_____

_____
Robert J. Campbell, Plaintiff, Pro Se
50 Squanto Road
North Weymouth, MA 02191
Telephone (781) 335-4362