UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

Robert J. Campbell, and  
The Campbell Family Investment Trust  
        *Plaintiffs,*

CIVIL ACTION  
NO.05-10620-WGY

V.

Town of Weymouth, et al  
        *Defendants*

### STATEMENT OF DAMAGES

The Plaintiffs hereby assert that money damages sought by means of this complaint to which this statement is attached, for direct out-of-pocket costs and expenses, loss of capital investments, loss of investment value, loss of revenues and actual liabilities amount to four million dollars ($4,000,000.00).

Respectfully Submitted,

Robert J. Campbell  
Plaintiff, Pro Se  
50 Squanto Road  
North Weymouth, MA 02191  
Telephone (781) 335-4362

Dated May 23, 2005