50 Squanto Road
North Weymouth, MA 02191

May 23, 2005

Ms. Susan Jenness, Pro Se Clerk
United States District Court
District of Massachusetts
1 Courthouse Way
Boston, MA 02210

VIA HAND DELIVERY

Re: Campbell, et al v. Town of Weymouth, et al.
    Docket # 05-10620-WGY

Attachments:  A) Plaintiff's Motion for Leave to Amend Complaint
              B) Statement of Reasons in Support of Plaintiff's Motion to Amend
              C) Plaintiff's First Amended Complaint
              D) Form AO 240 (Rev. 9/96) for The Campbell Family Investment Trust;
                 Plaintiff's Application to Proceed without Prepayment of Fees and Affidavit

Dear Ms. Jenness,

Please find the attached correspondence enclosed for docketing and filing in the subject action.

Due to an oversight, the Form AO240 previously filed for Plaintiff Robert J. Campbell did not include information for The Campbell Family Investment Trust. This submittal constitutes a full disclosure of the Plaintiff's financial condition.

Any inquiries and or correspondence on this issue should be directed to me at the above address. Also, I may be reached during normal business hours at (781) 335-4362.

Thank you for your continued courtesies and assistance.

Very Truly Yours,

*[signature]*

Robert J. Campbell
Plaintiff, Pro Se