COMMONWEALTH OF MASSACHUSETTS
UNITED STATES DISTRICT COURT

C.A. #05-10620 WGY

ROBERT J. CAMPBELL & )
THE CAMPBELL FAMILY )
INVESTMENT TRUST, )
     Plaintiffs, )
)
V. )
)
TOWN OF WEYMOUTH, Et Al., )
     Defendants )
)

### NOTICE OF APPEARANCE OF COUNSEL

To the Clerk of the above-named Court:

    Kindly enter my appearance for plaintiff, The Campbell Family Investment Trust, in the above-captioned matter.

    Due to the late date of my retention (July 29, 2005), I have not had an opportunity to adequately review the facts involved in my client's claims. The immediacy of the situation regarding the Court's Memorandum and Order of June 27, 2005, however, compelled me to file an appearance, if only to preserve its standing and/or rights.

    I have informed Frances Campbell, Trustee for The Campbell Family Investment Trust, that my continued representation will be contingent upon a complete review of the claims.

Very truly yours,

*[signature]*
Edward P. Clancy
1382 Pleasant Street
Weymouth, MA 02189
BBO#645284
tel. (781)337-2067

Dated:   July 30, 2005