UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT J. CAMPBELL & )<br>THE CAMPBELL FAMILY )<br>INVESTMENT TRUST, )<br>      Plaintiffs, )<br>)<br>  v. )<br>)<br>TOWN OF WEYMOUTH, ET AL., )<br>      Defendants ) | C.A. No. 05-10620-WGY |

FURTHER MEMORANDUM AND ORDER

YOUNG, C.J.

On June 24, 2005, a Memorandum and Order (#9) entered directing that the co-Plaintiff Family Campbell Investment Trust ("the Trust") would not be deemed to be a Plaintiff in this action, absent the payment of the filing fee and appearance by counsel on behalf of the Trust.

On August 1, 2005, a Notice of Appearance by Attorney Edward P. Clancy was filed on behalf of the Trust. On August 19, 2005 this Court issued a further Memorandum and Order (#14) striking Attorney Clancy's Notice of Appearance, and directing that a Notice of Appearance be re-filed by Attorney Clancy, or any other counsel wishing to enter an Appearance on behalf of the Trust, within thirty-five days. The Memorandum and Order further provided that the Court would not recognize the Trust as a party unless it was represented by counsel, and Ordered that the Trust be dismissed from this action within thirty-five (35) days, unless a Notice of Appearance by a duly licensed attorney was filed, comporting with the parameters outlined in the August 19, 2005 Memorandum and Order.

To date, the $250.00 filing fee was paid, however, no appearance of counsel has been filed, and the time period for doing so has lapsed.

Accordingly, for failure of the Trust to comply with the directives contained in the

August 19, 2005 Memorandum and Order, it is hereby ORDERED that the Campbell Family Investment Trust is dismissed as a party to this action, without prejudice.  If the Campbell Family Investment Trust seeks to litigate the claims presented in this action, it must file a new Complaint and pay the $250.00 filing fee for filing civil actions, and it must be represented by duly licensed counsel appearing on behalf of the Trust.


SO ORDERED.                             /s/ William G. Young
                                        WILLIAM G. YOUNG
Dated:   October 14, 2005               CHIEF, UNITED STATES DISTRICT JUDGE