UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Robert J. Campbell,                                    CIVIL ACTION
                        *Plaintiff*                    NO.05-10620-WGY

V.

Town of Weymouth, et al
                        *Defendants*

### AFFIDAVIT OF SERVICE

I, Robert J. Campbell, state on oath the following:

1.  I am the Plaintiff, *pro se*, in the above captioned Civil Action. The Complaint was filed on March 14, 2005.

2.  In accordance with this Court's Memorandum and Order dated August 19, 2005, each of the defendants were served with copies of this Court's Memoranda and Orders dated June 27, August 19, and October 14, 2005, along with the Plaintiff's Second Amended Complaint.

3.  Service of process on defendant, Town of Weymouth, was made in hand by a disinterested third party, Michael Parker, Constable, of South Shore Constables on January 17, 2006 at the defendant's last and usual place of business, the Weymouth Town Hall, 75 Middle St., E. Weymouth, MA 02189.

4.  Service of process on defendant, Paul M. Dillon, was made by U.S. Mail-Certified, Return Receipt (CMRR) by the Plaintiff, on January 19, 2006 to the defendant's last and usual place of residence, 3015 Old Bryan Dr., Myrtle Beach, SC 29577.

United States District Court
Docket # 05-10620-WGY

5. Attached to this affidavit is a photocopy of the CMRR for Article No. 7005 1820 0001 4868 0970 indicating receipt by the spouse of the defendant, Carol Dillon.

6. Service of process on defendant, Mary Sue Ryan, was made in hand by a disinterested third party, Michael Parker, Constable, of South Shore Constables on January 13, 2006, at the defendant's last and usual place of residence, 178 Pleasant St., S. Weymouth, MA 02190.

7. Service of process on defendant, Susan Abbott, was made in hand by a disinterested third party, Michael Parker, Constable, of South Shore Constables on January 13, 2006, at the defendant's last and usual place of residence, 271 Roosevelt Rd., Weymouth, MA 02188.

8. Service of process on defendant, Paul F. Lynch, was made in hand by a disinterested third party, Michael Parker, Constable, of South Shore Constables on January 13, 2006, at the defendant's last and usual place of residence, 25 Partridge Rd., S. Weymouth, MA 02190.

9. Service of process on defendant, James Clarke, was made in hand by a disinterested third party, Michael Parker, Constable, of South Shore Constables on January 17, 2006. Service was made to the defendant's secretary, Rita Lounge, at the defendant's last and usual place of employment, the Weymouth Town Hall, 75 Middle St., E. Weymouth, MA 02189.

10. Service of process on defendant, Jeffrey R. Coates, was made by a disinterested third party, Barbara BeDugnis, Constable, of Roscoe-BeDugnis & Associates on January 28, 2006. After four attempts were made to make service in hand, the Summons, Second Amended Complaint, Court Memoranda and Orders were

United States District Court
Docket # 05-10620-WGY

conspicuously posted at the defendant's last and usual place of residence, 563
Weld St., West Roxbury, MA 02132.

11. Additionally, Service of process on defendant, Jeffrey R. Coates, was made by
U.S. Mail-Certified, Return Receipt (CMRR) by the Plaintiff, to the defendant's
last and usual place of residence, 563 Weld St., West Roxbury, MA 02132. As of
this date, the original Summons and return confirmation have not been received
from the Constable. A photocopy of the CMRR Article No. 7001 1140 0001 6154
9655 is attached to this affidavit.

12. Service of process on defendant, Mary S. McElroy, was made in hand by a
disinterested third party, Michael Parker, Constable, of South Shore Constables
on January 17, 2006, at the defendant's last and usual place of residence, 11 Peter
Rd., N. Weymouth, MA 02191.

13. Service of process on defendant, Francis O'Brien, was made in hand by a
disinterested third party, Michael Parker, Constable, of South Shore Constables
on January 13, 2006, at the defendant's last and usual place of residence, 17 Erin
Way, S. Weymouth, MA 02190.

14. Service of process on defendant, Edward Foley, was made in hand by a
disinterested third party, Daniel T. Dalton, Constable, of South Coast Legal
Services, Inc. on January 25, 2006. Service was made to the defendant's spouse,
Sarah Foley, at the defendant's last and usual place of residence, 21 Marilyn
Road, Scituate, MA 02066.

15. Service of process on defendant, Martin Joyce, was made in hand by a
disinterested third party, Michael Parker, Constable, of South Shore Constables

on January 17, 2006, at the defendant's last and usual place of residence, 135 Academy Ave., Weymouth, MA 02188.

16. Service of process on defendant, Stanley Elkerton, was made in hand by a disinterested third party, Daniel T. Dalton, Constable, of South Coast Legal Services, Inc. on January 31, 2006. Service was made at the defendant's last and usual place of residence, 293 Bishop's Forest Dr., Waltham, MA. As of this date, the original Summons and return confirmation have not been received from the Constable.

17. Service of process on defendant, Officer Michael Nasuti, was made in hand by a disinterested third party, Michael Parker, Constable, of South Shore Constables on January 14, 2006. Service was made at the defendant's last and usual place of employment, the Weymouth Police Department, 140 Winter St., Weymouth, MA 02188.

18. Service of process on defendant, Ruth S. Amos, was made in hand by a disinterested third party, Michael Parker, Constable, of South Shore Constables on January 13, 2006. Service was made to the defendant's spouse, Wallace Lower, at the defendant's last and usual place of residence, 60 Sunrise Dr., N. Weymouth, MA 02191.

19. Service of process on defendant, Sandra Gildea, was made in hand by a disinterested third party, Michael Parker, Constable, of South Shore Constables on January 17, 2006, at the defendant's last and usual place of residence, 47 River St., N. Weymouth, MA 02191.

United States District Court
Docket # 05-10620-WGY

20. Service of process on defendant, William Ryan, was made in hand by a

disinterested third party, Michael Parker, Constable, of South Shore Constables

on January 13, 2006. Service was made to the defendant's mother, [defendant]

Mary Sue Ryan, at the defendant's mother's last and usual place of residence, 178

Pleasant St., S. Weymouth, MA 02190.

21. Attached to this affidavit are the original Summonses with the Return of Service

and Declaration of the Servers, with the exception of two (2) Summonses to

defendants Coates and Elkerton.

22. Proof of Service to defendants Coates and Elkerton, and their original Summonses

will be filed with the Court upon receipt from the Constables.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY ON THE DATE SET
FORTH BELOW.

Respectfully submitted,

Robert J. Campbell,
Plaintiff, *Pro Se*
50 Squanto Road
North Weymouth, MA 02191
Telephone (781) 335-4362

Dated February 1, 2006

United States District Court
Docket # 05-10620-WGY

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ CLERK'S OFFICE
MASSACHUSETTS

2005 FEB -3 P 3: 19

Robert J. Campbell, and
The Campbell Family Investment Trust

V.

Town of Weymouth, et al.

### SUMMONS IN A CIVIL CASE

DISTRICT OF MASS.

CASE

05 - 10620 WGY

TO: (Name and address of Defendant)

Mr. James Clarke, Director of Planning & Community Development
c/o Town of Weymouth
75 Middle Street
East Weymouth, MA 02189

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert J. Campbell,
Plaintiff, Pro Se
50 Squanto Road
N. Weymouth, MA 02191

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



SARAH A. THORNTON

CLERK

_Marie_ _Bell_

(By) DEPUTY CLERK

DATE    9/27/05

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 01-17-06 |

| NAME OF SERVER (PRINT) Michael Parker | TITLE Constable |
|---|---|

*Check one box below to indicate appropriate method of service*

G   Served personally upon the third-party defendant.  Place where served: _____

_____

G   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
    discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

G   Returned unexecuted: _____

_____

G   Other (specify): Served Rita Lounge, Secretary to James Clarke
Director of Planning @ Town of Weymouth Town Hall 75 Middle
St. Weymouth @ 910Bm.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0 | $20 00 | $20 00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  01-17-06          _____
             Date              Signature of Server

PoBox 175, Weymouth, MA 02188 (781-335-0733)
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

MASSACHUSETTS

Robert J. Campbell, and
The Campbell Family Investment Trust

· V.

Town of Weymouth, et al.

**SUMMONS IN A CIVIL CASE**

CASE

05 - 10620 WGY

TO: (Name and address of Defendant)

Mrs. Sandra Gildea
47 River Street
North Weymouth, MA 02191

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert J. Campbell,
Plaintiff, Pro Se
50 Squanto Road
N. Weymouth, MA 02191

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE    9/27/05

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE  01-17-06 |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)*  Michael Parker | TITLE  Constable |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the third-party defendant.  Place where served:  47 River St, North Weymouth @ 8:45 Am.

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

G  Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL  0 | SERVICES  $20 00 | TOTAL  $20 00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    01-17-06
                      Date

                      _____
                      *Signature of Server*

PoBox 175, Weymouth, MA 02188 (781-335-0733)
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### District of

MASSACHUSETTS

Robert J. Campbell, and
The Campbell Family Investment Trust

V.

Town of Weymouth, et al.

**SUMMONS IN A CIVIL CASE**

CASE

05 - 10620 WGY

TO: (Name and address of Defendant)

Ms. Ruth Sandra Amos
275 Neck Street, Unit B-1
North Weymouth, MA 02191

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert J. Campbell,
Plaintiff, Pro Se
50 Squanto Road
N. Weymouth, MA 02191

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time
after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

9/27/05

DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 01-13-06 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Michael Parker | Constable Town of Weymouth |

*Check one box below to indicate appropriate method of service*

**G**   Served personally upon the third-party defendant. Place where served: _____

_____

**G**   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein. New address and service address 60 Sunrise Dr. N. Weymouth

Name of person with whom the summons and complaint were left: Wallace Lower, husband of defendant
@ 8:30 pm.

**G**   Returned unexecuted: _____

_____

_____

**G**   Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0 | $20⁰⁰ | $20⁰⁰ |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    01-13-06       _____
             Date           *Signature of Server*

PoBox 175, Weymouth, MA 02188 (781-335-0933)
         *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of

MASSACHUSETTS

Robert J. Campbell, and
The Campbell Family Investment Trust

**SUMMONS IN A CIVIL CASE**

V.

Town of Weymouth, et al.

CASE

05 - 10620 WGY

TO: (Name and address of Defendant)

Officer Michael Nasuti
c/o Weymouth Police Department
140 Winter Street
Weymouth, MA 02188

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert J. Campbell,
Plaintiff, Pro Se
50 Squanto Road
N. Weymouth, MA 02191

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE     9/27/05

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 01-14-06 |
| NAME OF SERVER *(PRINT)* Michael Parker | TITLE Constable Town of Weymouth |

*Check one box below to indicate appropriate method of service*

G Served personally upon the third-party defendant. Place where served: 140 Winter St, Weymouth @ 4:30 pm.

G Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G Returned unexecuted: _____

G Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES $20.00 | TOTAL $20.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  01-14-06          _____
                Date              Signature of Server

PO Box 175, Weymouth, MA (981-335-0933)
                Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT -3 ᵖ 3:19

District of
MASSACHUSETTS

Robert J. Campbell, and
The Campbell Family Investment Trust

**SUMMONS IN A CIVIL CASE**

V.

Town of Weymouth, et al.

CASE

05 - 1 0 6 3 0 WGY

TO: (Name and address of Defendant)

Mr. Martin Joyce
135 Academy Avenue
Weymouth, MA 02188

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert J. Campbell,
Plaintiff, Pro Se
50 Squanto Road
N. Weymouth, MA 02191

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE  9/27/05

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 01-17-06 |

| NAME OF SERVER *(PRINT)* Michael Parker | TITLE Constable |
|---|---|

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the third-party defendant.  Place where served: 135 Academy Ave, Weymouth
@ 10:30am .

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0 | $20 | $20 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   01-17-06
                  *Date*                    *Signature of Server*

PO Box 175, Weymouth, MA 02188 (781-335-0223)
          *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of

MASSACHUSETTS

Robert J. Campbell, and
The Campbell Family Investment Trust

V.

Town of Weymouth, et al.

**SUMMONS IN A CIVIL CASE**

CASE

TO: (Name and address of Defendant)

Mr. Edward Foley
72 Colonel's Way
East Weymouth, MA 02189

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert J. Campbell,
Plaintiff, Pro Se
50 Squanto Road
N. Weymouth, MA 02191

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE  9/27/05

**United States District Court**
**Massachusetts Division**
**Docket/Case No: 05-10620WGY**

I hereby certify and return that today, January 25, 2006, at 12:54 PM, I served a true and attested copy of the within Summons together with a copy of the Complaint in this action upon the within named Edward Foley, by leaving said copies with Sarah Foley along with a statement of damages and memorandum, at 21 Marilyn Road, Scituate, MA 02066 *his/her* last and usual abode. Furthermore, later this same day I mailed (first class postage prepaid) additional true and attested copies to the within named Edward Foley, at 21 Marilyn Road, Scituate, MA 02066.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct, Executed on January 25, 2006.

**Daniel T. Dalton,** Constable
& Disinterested Person over Age 18.      Total Fees: $50.00
**South Coast Legal Services, Inc.**
P O Box 7427, Brockton, MA, 02303-7427
(781) 848-7049 , (781) 848-7058 Fax

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
                    Date              Signature of Server


                                      Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____
MASSACHUSETTS

Robert J. Campbell, and
The Campbell Family Investment Trust

V.

Town of Weymouth, et al.

**SUMMONS IN A CIVIL CASE**

CASE

05 - 10620 WGY

TO: (Name and address of Defendant)

Mrs. Mary S. McElroy
11 Peter Road
North Weymouth, MA 02191

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert J. Campbell,
Plaintiff, Pro Se
50 Squanto Road
N. Weymouth, MA 02191

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE  9/27/05

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 01-17-06 |

| NAME OF SERVER *(PRINT)* Michael Parker | TITLE Constable |
|---|---|

*Check one box below to indicate appropriate method of service*

G Served personally upon the third-party defendant. Place where served: 11 Peter Rd, Weymouth
@ 9 Am.

G Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G Returned unexecuted: _____

G Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0 | 20 ⁰⁰ | 20 ⁰⁰ |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___01-17-06___          _____
                  Date                     Signature of Server

PO Box 175, Weymouth, MA 02188 (781-335-0733)
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### District of
MASSACHUSETTS

Robert J. Campbell, and
The Campbell Family Investment Trust

V.

**SUMMONS IN A CIVIL CASE**

Town of Weymouth, et al.

CASE

05 - 10620 WGY

TO: (Name and address of Defendant)

Mr. Paul F. Lynch
25 Partridge Road
South Weymouth, MA 02190

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert J. Campbell,
Plaintiff, Pro Se
50 Squanto Road
N. Weymouth, MA 02191

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

9/27/05

CLERK                                                           DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 01- 13 -06 |

| NAME OF SERVER *(PRINT)* Michael Parker | TITLE Constable Town of Weymouth |
|---|---|

*Check one box below to indicate appropriate method of service*

G  Served personally upon the third-party defendant.  Place where served:  25 Partridge Rd, Weymouth @ 6:50pm

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

G  Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| Ø | $20 — | $20 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   01·13-06
              Date            *Signature of Server*

PoBox 175, Weymouth, MA 02188 (781·335-0733)
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FILED
'S OFFICE

District of

MASSACHUSETTS

2006 FEB    ID  3  IB

Robert J. Campbell, and
The Campbell Family Investment Trust

U.S. DISTRICT COURT
**SUMMONS IN A CIVIL CASE**

V.

Town of Weymouth, et al.

CASE

05 - 1062 9 WGY

TO: (Name and address of Defendant)

Mrs. Susan Abbott
271 Roosevelt Road
Weymouth, MA 02188

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert J. Campbell,
Plaintiff, Pro Se
50 Squanto Road
N. Weymouth, MA 02191

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

9/27/05

DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 01-13-06 |

| NAME OF SERVER *(PRINT)*  Michael Packer | TITLE  Constable Town of Weymouth |
|---|---|

*Check one box below to indicate appropriate method of service*

(G) Served personally upon the third-party defendant. Place where served: 271 Roosevelt Rd, Weymouth
@ 6:15pm

G   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G   Returned unexecuted: _____

_____

_____

G   Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | 20 00 | 20 00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   01-13-06
　　　　　　　　　　Date

　　　　　　　　　　*Signature of Server*

PoBox 175, Weymouth, MA  02188  (781-325-0233)
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____
MASSACHUSETTS

Robert J. Campbell, and
The Campbell Family Investment Trust

**SUMMONS IN A CIVIL CASE**

V.

Town of Weymouth, et al.

CASE

05 - 10620 WGY

TO: (Name and address of Defendant)

Mrs. Mary Sue Ryan
178 Pleasant Street
South Weymouth, MA 02190

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert J. Campbell,
Plaintiff, Pro Se
50 Squanto Road
N. Weymouth, MA 02191

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE  9/27/05

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 01-13-06 |

| NAME OF SERVER *(PRINT)*  Michael Parker | TITLE  Constable Town of Weymouth |
|---|---|

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the third-party defendant. Place where served: 178 Pleasant St, Weymouth
@ 6:40 Pm

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0 | $20 | $20 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   01-13-06
             Date

_____
Signature of Server

PoBox 175, Weymouth, MA 02188 (781-335-0733)
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### District of
Massachusetts

Robert J. Campbell, and
The Campbell Family Investment Trust

**SUMMONS IN A CIVIL CASE**

V.

Town of Weymouth, et al.

CASE

TO: (Name and address of Defendant)

Mr. William Ryan
178 Pleasant St.
S. Weymouth, MA 02190

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert J. Campbell
Plaintiff, Pro Se
50 Squanto Road
N. Weymouth, MA 02191

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE    1 - 3 - 06

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 01-13-06 |
| NAME OF SERVER (PRINT) Michael Parker | TITLE Constable Town of Weymouth |

Check one box below to indicate appropriate method of service

G   Served personally upon the third-party defendant. Place where served: _____

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:   Mary Ryan defendants mother @6:40pm.

G   Returned unexecuted: _____

G   Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $20.00 | TOTAL $20.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   01-13-06
          Date                    Signature of Server

PO Box 195, Weymouth, MA 02188 (981-335-0933)
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### District of

MASSACHUSETTS

Robert J. Campbell, and
The Campbell Family Investment Trust

**SUMMONS IN A CIVIL CASE**

V.

Town of Weymouth, et al.

CASE

05 - 10620 WGY

TO: (Name and address of Defendant)

Mr. Paul M. Dillon
378 Neck Street
North Weymouth, MA 02191

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert J. Campbell,
Plaintiff, Pro Se
50 Squanto Road
N. Weymouth, MA 02191

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE 9/27/05

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 1/19/06 |

| NAME OF SERVER *(PRINT)* ROBERT J. CAMPBELL | TITLE PLAINTIFF PRO SE |
|---|---|

*Check one box below to indicate appropriate method of service*

G  Served personally upon the third-party defendant. Place where served: _____

_____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

_____

G  Other (specify): US MAIL - CERTIFIED  RETURN RECEIPT _____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___1/19/06___
Date

_Robert J. Campbell_
Signature of Server

50 Squanto Rd. N. Weymouth, MA  02191
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

℠AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### District of
MASSACHUSETTS

Robert J. Campbell, and
The Campbell Family Investment Trust

**SUMMONS IN A CIVIL CASE**

V.

Town of Weymouth, et al.

CASE

## 05 - 10620 WGY

TO: (Name and address of Defendant)

Mr. Franklin Fryer, Town Clerk, for
Town of Weymouth
75 Middle Street
E. Weymouth, MA 02189

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert J. Campbell,
Plaintiff, Pro Se
50 Squanto Road
N. Weymouth, MA 02191

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

9/27/05

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 01-17-06 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Michael Parker | Constable |

*Check one box below to indicate appropriate method of service*

**G** Served personally upon the third-party defendant. Place where served: ____75 Middle ST, Weymouth____
@ 9:05am

**G** Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

**G** Returned unexecuted: _____

**G** Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0 | $20.00 | $20.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ____01-17-06____    _____
                     Date                          Signature of Server

Po Box 175, Weymouth, MA 02188 (781-335-0733)
                  Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

A·)

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### District of
#### MASSACHUSETTS

2006 FEB -3 P 3: 19

Robert J. Campbell, and
The Campbell Family Investment Trust

V.

Town of Weymouth, et al.

## SUMMONS IN A CIVIL CASE

**CASE**

## 05 - 10620 WGY

SCANNED
DATE:
BY:

**TO:** (Name and address of Defendant)

Mr. Francis O'Brien
17 Erin Way
South Weymouth, MA 02190

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert J. Campbell,
Plaintiff, Pro Se
50 Squanto Road
N. Weymouth, MA 02191

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE  9/27/05

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  *01-13-06* |
| NAME OF SERVER *(PRINT)*  Michael Parker | TITLE  *Constable Town of Weymouth* |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the third-party defendant. Place where served:    17 Erin Way, Weymouth
@ 7 pm.

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

G  Other (specify): _____

| STATEMENT OF SERVICE FEES | | | | | |
|---|---|---|---|---|---|
| TRAVEL | | SERVICES  *$30—* | | TOTAL  *$30 ⁰⁰* | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    *01-13-06*
                  Date              Signature of Server

PoBox 175, Weymouth, MA 02188 (781-335-0733)
                  Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.