UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT J. CAMPBELL,<br><br>Plaintiff,<br><br>v.<br><br>TOWN OF WEYMOUTH, et al.,<br><br>Defendants. | C.A. No. 05-10620-WGY |

## NOTICE OF APPEARANCE

**TO THE CLERK:**

Please enter my appearance as counsel for Defendant Sandra Gildea in the above-captioned matter.

Respectfully submitted,

/s/ *Stephen C. Warneck*
Stephen C. Warneck, BBO # 640871
WARNECK LAW OFFICES
350 Lincoln St., Suite 2400
Hingham, MA 02043
781-740-1115

Dated: February 6, 2006

## CERTIFICATE OF SERVICE

I, Stephen C. Warneck, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 6, 2006.

/s/ *Stephen C. Warneck*
Stephen C. Warneck