UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT J. CAMPBELL,

Plaintiff,

     v.

TOWN OF WEYMOUTH, et al.,

Defendants.

C.A. No.  05-10620-WGY

**DEFENDANT SANDRA GILDEA'S ASSENTED TO MOTION FOR
EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND
TO SECOND AMENDED COMPLAINT**

Defendant Sandra Gildea moves that this Court extend the time for her to answer or otherwise respond to the Second Amended Complaint in this matter by 20 days, which would make a response due on Monday, February 27, 2006 instead of on Monday, February 6, 2006.

Plaintiff Robert Campbell assents to this motion.

As grounds for this Motion, Gildea states that she was very recently added as a defendant to this lawsuit and was not aware of this lawsuit's existence until the Second Amended Complaint was served on her on January 17, 2006.  Following service of the Second Amended Complaint, Gildea worked diligently to retain counsel, and ultimately did so on Tuesday, January 31, 2006.  Given the complexity of this matter and the constraints of her counsel's calendar, Gildea needs an additional 20 days to adequately review the claims against her and submit an appropriate response to the Court.

WHEREFORE, Defendant Sandra Gildea respectfully requests that this Court grant this Motion and extend the time for her to answer or otherwise respond to the Second Amended Complaint by 20 days, making her response due on Monday, February 27, 2006.

Respectfully submitted,

SANDRA GILDEA

By her attorney,

/s/ *Stephen C. Warneck*
Stephen C. Warneck, BBO # 640871
WARNECK LAW OFFICES
350 Lincoln St., Suite 2400
Hingham, MA 02043
781-740-1115

Assented to,

ROBERT J. CAMPBELL

Pro se,

/s/ *Robert J. Campbell*
Robert J. Campbell
50 Squanto Rd.
North Weymouth, MA 02191
781-335-4362

Dated: February 6, 2006

## CERTIFICATE OF SERVICE

I, Stephen C. Warneck, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 6, 2006.

/s/ *Stephen C. Warneck*
Stephen C. Warneck

2