UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10620-WGY

| | |
|---|---|
| ROBERT J. CAMPBELL and THE CAMPBELL FAMILY INVESTMENT TRUST, <br>     Plaintiffs, <br><br> v. <br><br> TOWN OF WEYMOUTH, and PAUL M. DILLON, MARY SUE RYAN, SUSAN ABBOTT, PAUL F. LYNCH, Individually and as Members of the Weymouth Planning Board, JAMES CLARKE, Individually and as Director of Planning and Community Development, JEFFREY R. COATES, Individually and as Director of Municipal Liens and Licenses, MARY S. MCELROY, FRANCIS O'BRIEN, EDWARD FOLEY, MARTIN JOYCE, STANLEY ELKERTON, Individually and as Members of the Weymouth Board of Zoning Appeals, OFFICER MICHAEL NASUTI, Individually and as a Member of the Weymouth Police Department, SANDRA GILDEA, RUTH S. AMOS, WILLIAM RYAN, Individually and as a Member of the WEYMOUTH BOARD OF SELECTMEN, <br>     Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## NOTICE OF APPEARANCE OF COUNSEL

Please enter my appearance as Counsel on behalf of the Defendants Town of Weymouth, Paul M. Dillon, Mary Sue Ryan, Susan Abbott, Paul F. Lynch, James Clarke, Jeffrey R. Coates, Mary S. McElroy, Francis O'Brien, Edward Foley, Martin Joyce, Stanley Elkerton, Michael Nasuti and William Ryan in each of their respective capacities, in connection with the above-

captioned matter.

>Defendants,
>TOWN OF WEYMOUTH, PAUL M. DILLON, MARY SUE RYAN, SUSAN ABBOTT, PAUL F. LYNCH, JAMES CLARKE, JEFFREY R. COATES, MARY S. MCELROY, FRANCIS O'BRIEN, EDWARD FOLEY, MARTIN JOYCE, STANLEY ELKERTON, MICHAEL NASUTI and WILLIAM RYAN,
>By their attorney,
>
>/s/ William P. Breen, Jr.
>William P. Breen, Jr., Esq. BBO # 558768
>MURPHY, HESSE, TOOMEY & LEHANE, LLP
>300 Crown Colony Drive, Suite 410
>Quincy, MA 02169
>(617) 479-5000

Dated: February 6, 2006

## Certificate of Service

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 6, 2006.

>/s/ William P. Breen, Jr.