UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10620-WGY

| | |
|---|---|
| ROBERT J. CAMPBELL and <br> THE CAMPBELL FAMILY <br> INVESTMENT TRUST, <br>     Plaintiffs, <br><br> v. <br><br> TOWN OF WEYMOUTH, and PAUL M. DILLON, MARY SUE RYAN, SUSAN ABBOTT, PAUL F. LYNCH, Individually and as Members of the Weymouth Planning Board, JAMES CLARKE, Individually and as Director of Planning and Community Development, JEFFREY R. COATES, Individually and as Director of Municipal Liens and Licenses, MARY S. MCELROY, FRANCIS O'BRIEN, EDWARD FOLEY, MARTIN JOYCE, STANLEY ELKERTON, Individually and as Members of the Weymouth Board of Zoning Appeals, OFFICER MICHAEL NASUTI, Individually and as a Member of the Weymouth Police Department, SANDRA GILDEA, RUTH S. AMOS, WILLIAM RYAN, Individually and as a Member of the WEYMOUTH BOARD OF SELECTMEN, <br>    Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**ASSENTED TO MOTION TO EXTEND TIME FOR INITIAL RESPONSE**

NOW COME Defendants Town of Weymouth, Paul M. Dillon, Mary Sue Ryan, Susan Abbott, Paul F. Lynch, James Clarke, Jeffrey R. Coates, Mary S. McElroy, Francis O'Brien, Edward Foley, Martin Joyce, Stanley Elkerton, Michael Nasuti and William Ryan, with the assent of Plaintiff Robert J. Campbell and respectfully move the Court to extend their time to file

their initial response to the Second Amended Complaint. As grounds for this motion, counsel for these Defendants states that additional time is necessary to respond to the Plaintiff's allegations which span 10 years of alleged conduct and concern no less than 16 Defendants, some of which Defendants are sued in several legal capacities.

In support of this motion, the undersigned attorney states that on February 6, 2006, he spoke with Plaintiff Robert J. Campbell by telephone and determined that Mr. Campbell would assent to the extension requested in this motion. In further support of this motion, the Defendants state that this is their first request for extension of the present deadline and further that no party or person will suffer unjust prejudice by reason of the relief requested.

WHEREFORE, these Defendants respectfully move the Court, with the Plaintiff's assent, to extend their deadline for responding to the Second Amended Complaint through and including February 26, 2006.

> Defendants,
> TOWN OF WEYMOUTH, PAUL M. DILLON, MARY SUE RYAN, SUSAN ABBOTT, PAUL F. LYNCH, JAMES CLARKE, JEFFREY R. COATES, MARY S. MCELROY, FRANCIS O'BRIEN, EDWARD FOLEY, MARTIN JOYCE, STANLEY ELKERTON, MICHAEL NASUTI and WILLIAM RYAN,
> By their attorney,
>
> /s/ William P. Breen, Jr.
> William P. Breen, Jr., Esq. BBO # 558768
> MURPHY, HESSE, TOOMEY & LEHANE, LLP
> 300 Crown Colony Drive, Suite 410
> Quincy, MA 02169
> (617) 479-5000

Dated: February 6, 2006

Certification Pursuant to Local Rule 7.1

    The undersigned attorney certifies that prior to filing the above motion, he conferred in good faith with the Plaintiff to narrow the issues raised by this motion. The Plaintiff assented to the relief sought in the present motion.

/s/ William P. Breen, Jr.

Certificate of Service

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 6, 2006.

/s/ William P. Breen, Jr.