UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Robert J. Campbell,
        *Plaintiff*

CIVIL ACTION
NO. 05-10620-WGY

V.

Town of Weymouth, et al
        *Defendants*

### FURTHER PROOF OF SERVICE

I, Robert J. Campbell, state on oath the following:

1. I am the Plaintiff, *pro se*, in the above captioned Civil Action. The Complaint was filed on March 14, 2005.

2. The Plaintiff's Affidavit of Service dated February 1, 2006, did not include Proof of Service for (2) two defendants, Jeffrey R. Coates and Stanley Elkerton, due to delays in receiving the original Summonses from the Constables.

3. As previously stated and in accordance with this Court's Memorandum and Order dated August 19, 2005, the defendants Coates and Elkerton were served with copies of this Court's Memoranda and Orders dated June 27, August 19, and October 14, 2005, along with the Plaintiff's Second Amended Complaint.

4. Service of process on defendant, Jeffrey R. Coates, was made by a disinterested third party, Barbara BeDugnis, Constable, of Roscoe-BeDugnis & Associates on January 28, 2006. After four attempts were made to make service in hand, the Summons, Second Amended Complaint, Court Memoranda and Orders were conspicuously posted at the defendant's last and usual place of residence, 563 Weld St., West Roxbury, MA 02132.

5. Additionally, Service of process on defendant, Jeffrey R. Coates, was made by U.S. Mail-Certified, Return Receipt (CMRR) by the Plaintiff, to the defendant's last and usual place of residence, 563 Weld St., West Roxbury, MA 02132. The original Summons and return confirmation indicating receipt of the CMRR Article No. 7001 1140 0001 6154 9655 are attached to this affidavit.

6. Service of process on defendant, Stanley Elkerton, was made in hand by a disinterested third party, Daniel T. Dalton, Constable, of South Coast Legal Services, Inc. on January 31, 2006. Service was made at the defendant's last and usual place of residence, 293 Bishop's Forest Dr., Waltham, MA. The original Summons and return confirmation are also attached to this affidavit.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY ON THE DATE SET FORTH BELOW.

Respectfully submitted,

Robert J. Campbell,
Plaintiff, Pro Se
50 Squanto Road
North Weymouth, MA 02191
Telephone (781) 335-4362

Dated February 17, 2006

Cc:
William P. Breen, Jr., Esq.
MURPHY, HESSE, TOOMEY & LEHANE, LLP
300 Crown Colony Drive, Suite 410
Quincy, MA 02169

George E. Lane, Jr., Esq
Town Counsel
87 Broad Street
Weymouth, MA 02188

United States District Court
Docket # 05-10620-WGY

## CERTIFICATE OF SERVICE

I hereby certify on this day that a true copy of the enclosed document was served upon the defendant(s) by U.S. Mail.

Date: 2/17/06

*[signature]*
Robert J. Campbell
Plaintiff, Pro-Se
50 Squanto Road
North Weymouth, MA 02191
(781)335-4362

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]  ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Mr. Jeffery R. Coates<br>563 Weld St.<br>West Roxbury, MA 02132 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:   ☐ No |
|  | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. |
|  | 4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label)   7001 1140 0001 6154 9655 | |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540