AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __MASSACHUSETTS__

Robert J. Campbell, and
The Campbell Family Investment Trust

V.

Town of Weymouth, et al.

**SUMMONS IN A CIVIL CASE**

CASE

05 - 10620 WGY

TO: (Name and address of Defendant)

Mr. Stanley Elkerton
15 South Ave
East Weymouth, MA 02189

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert J. Campbell,
Plaintiff, Pro Se
50 Squanto Road
N. Weymouth, MA 02191

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE  9/27/05

AO 440 (Rev. 10/93) Summons in a Civil Action

**RETURN OF SERVICE**

**United States District Court**
**Massachusetts Division**
**Docket/Case No: 05-10620WGY**

I hereby certify and return that today, January 31, 2006, at 12:15 PM, I served a true and attested copy of the within Summons together with a copy of the Complaint in this action upon the within named Stanley Elkerton, by giving in hand to Stanley Elkerton, along with a statement of damages and memorandum. Said service was effected at: 293 Bishops Forest Drive, Waltham, MA 02452.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on January 31, 2006.

_____
Daniel T. Dalton, Constable
& Disinterested Person over Age 18.   Total Fees: $50.00
**South Coast Legal Services, Inc.**
P O Box 7427, Brockton, MA, 02303-7427
(781) 848-7049 , (781) 848-7058 Fax

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                  Date                          *Signature of Server*


                                    _____
                                          *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.