AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _MASSACHUSETTS_

Robert J. Campbell, and
The Campbell Family Investment Trust

V.

Town of Weymouth, et al.

**SUMMONS IN A CIVIL CASE**

CASE

**05 - 10620 WGY**

TO: (Name and address of Defendant)

Mr. Jeffrey R. Coates, (Retired) Director Municipal Liens & Licenses
c/o Town of Weymouth
75 Middle Street
East Weymouth, MA 02189

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert J. Campbell,
Plaintiff, Pro Se
50 Squanto Road
N. Weymouth, MA 02191

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                                   9/27/05
CLERK                                                DATE

_____
(By) DEPUTY CLERK

COMMONWEALTH OF MASSACHUSETTS
United States District Court, District of Massachusetts
Docket/Case No: 05-10620WGY

I hereby certify and return that today, January 28, 2006, at 1:30 PM, I served a true and attested copy of the within Summons upon the within named Jeffrey Coates, by leaving said copies together with copies of the second amended complaint, Memorandum and Order, Memo & Order, and Further Memo and Order, at 563 Weld Street, West Roxbury, MA *his/her* last and usual abode. Furthermore, later this same day I mailed (first class postage prepaid) additional true and attested copies to the within named Jeffrey Coates, at 563 Weld Street, West Roxbury, MA.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on January 28, 2006.

Barbara L. BeDugnis, Constable
& Disinterested Person over Age 18.    Total Fees: $36.00
**Roscoe, BeDugnis & Associates**
15 Court Square, Suite 450
Boston, MA, 02108-2519
(617) 523-1036, (617) 723-4247 Fax

G  Returned unexecuted: _____

G  Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    Signature of Server _____
            Date

Address of Server _____

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.