UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT J. CAMPBELL,

Plaintiff,

v.

TOWN OF WEYMOUTH, et al.,

Defendants.

C.A. No. 05-10620-WGY

ORAL ARGUMENT REQUESTED

## DEFENDANT SANDRA GILDEA'S
## MOTION TO DISMISS THE SECOND AMENDED COMPLAINT

Defendant Sandra Gildea hereby moves that this Court dismiss the Second Amended Complaint with prejudice. As grounds for this Motion, Gildea states that the single count against her, conspiracy to violate Campbell's civil rights (42 U.S.C. § 1985), must be dismissed because (1) it does not adequately plead Gildea's participation in a conspiracy; (2) it fails to satisfy even the "notice pleading" requirements of Rule 8(a) of the Federal Rules of Civil Procedure; and (3) even if a conspiracy is adequately plead, the claim is barred by the statute of limitations.

As further grounds for this Motion, Gildea states that the Second Amended Complaint must be dismissed in its entirety because Campbell lacks standing to bring this action, has failed to exhaust his state law remedies, and has failed to allege remediable constitutional injury.

As further grounds for this Motion, Gildea states that the Second Amended Complaint should be dismissed with prejudice because Campbell has already filed three substantively identical complaints, and, despite being afforded fair notice of the deficiencies in his civil rights

claims, has failed entirely to correct them and, instead, has simply asked this Court to afford him special treatment by allowing them to proceed as they are.

As further grounds for this Motion, Gildea refers the Court to her Memorandum in Support of Defendant Sandra Gildea's Motion to Dismiss the Second Amended Complaint, filed herewith.

WHEREFORE, Gildea respectfully requests that this Court grant this Motion and dismiss so much of the Second Amended Complaint as pertains to her with prejudice.

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), Gildea requests oral argument of fifteen (15) minutes per side to address the issues raised by this motion.  Gildea submits that oral argument will assist the Court in understanding and resolving the matters addressed.

        Respectfully submitted,

        SANDRA GILDEA

        By her attorney,

        /s/ *Stephen C. Warneck*
        Stephen C. Warneck, BBO # 640871
        WARNECK LAW OFFICES
        350 Lincoln St., Suite 2400
        Hingham, MA 02043
        781-740-1115

Dated: February 27, 2006

## CERTIFICATE OF SERVICE

     I, Stephen C. Warneck, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 27, 2006.

                                                     /s/ *Stephen C. Warneck*
                                                     Stephen C. Warneck