UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Robert J. Campbell,
    *Plaintiff,*

V.

Town of Weymouth, et al
    *Defendants*

CIVIL ACTION
NO.05-10620-WGY

### PLAINTIFF'S REQUEST FOR DEFAULT AGAINST DEFENDANT GILDEA

Now comes the Plaintiff, Robert J. Campbell, ["Campbell"] with the following Request For Default Against Defendant Sandra Gildea ("Gildea"), for failure to respond to the Summons and Complaint within twenty (20) days.

Whereas Counsel for the Defendant Gildea conferred with the Plaintiff three (3) days prior to the first deadline to respond by February 6, 2006 and requested consent to an extension of thirty (30) days, Campbell cordially assented to the request <u>not to exceed a period of twenty (20) days</u>. Counsel later filed a Notice of Appearance and Motion for Enlargement, through This Court's Electronic Filing System, ("ECF") on February 6, 2006.

Accordingly, Gildea's Motion specifically asks for an extension of twenty (20) days, but incorrectly calculates the due date as Monday, February 27, 2006. Campbell insists that the conversation regarding the extension and his consent was limited only to a specific

number of days and that no specific due date was mentioned or agreed upon at any time. Campbell further contends that a twenty (20) day extension computed from February 6, 2006 expires on Sunday, February 26, 2006; that Counsel was capable of meeting that date by filing a response via ECF; and, that the specific due date in Gildea's Motion exceeds the time frame which was assented to.

For the reasons stated, the Plaintiff humbly requests that This Court find the Defendant Gildea to be in Default for failure to respond to the Summons and Complaint within twenty (20) days, enter a Judgment in favor of the Plaintiff and grant the relief requested.

Respectfully submitted,

Robert J. Campbell
Plaintiff, Pro Se
50 Squanto Road
North Weymouth, MA 02191
Telephone (781) 335-4362

Dated February 27, 2006

Pc: William P. Breen, Jr., Esq.
    Murphy, Hesse, Toomey & Lehane, LLP
    300 Crown Colony Dr., Ste 410
    Quincy, MA 02169

    George E. Lane, Jr., Esq.
    87 Broad St.
    Weymouth, MA 02188

Gregory F. Galvin, Esq.
775 Pleasant St., Unit 16
E. Weymouth, MA 02189

Stephen C. Warneck, Esq.
350 Lincoln St., Ste 2400
Hingham, MA 02043

## CERTIFICATE OF SERVICE

I hereby certify on this day that a true copy of the enclosed document was served upon the Defendant(s) by U.S. Mail (CMRR).

Date: 2/27/06

Robert J. Campbell
Plaintiff, Pro Se
50 Squanto Road
North Weymouth, MA 02191
(781)335-4362