UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2006 MAR -6 P 4:20

U.S. DISTRICT COURT

Robert J. Campbell,
    *Plaintiff,*

NO. 05-10620-WGY

V.

Town of Weymouth, et al
    *Defendants*

### PLAINTIFF'S VOLUNTARY WITHDRAWAL OF REQUEST FOR DEFAULT AGAINST DEFENDANT GILDEA

The Plaintiff, Robert J. Campbell, ["Campbell"] hereby withdraws his previously filed Request For Default Against Defendant Sandra Gildea ("Gildea"), for failure to respond to the Summons and Complaint within twenty (20) days.

Campbell acknowledges his error that the Request for Default was made prematurely and sincerely apologizes to This Court, the Defendant Gildea and Attorney Warneck for not addressing the due date discrepancy or confirming his calculations prior to filing.

Humbly submitted,

Robert J. Campbell
Plaintiff, Pro Se
50 Squanto Road
North Weymouth, MA 02191
Telephone (781) 335-4362

Dated March 6, 2006

## CERTIFICATE OF SERVICE

I hereby certify on this day that a true copy of the enclosed document was served upon the Defendant(s) by U.S. Mail First Class.

Date: 3/6/06

Robert J. Campbell
Plaintiff, Pro Se
50 Squanto Road
North Weymouth, MA 02191
(781)335-4362

Pc: William P. Breen, Jr., Esq.
Murphy, Hesse, Toomey & Lehane, LLP
300 Crown Colony Dr., Ste 410
Quincy, MA 02169

George E. Lane, Jr., Esq.
87 Broad St.
Weymouth, MA 02188

Gregory F. Galvin, Esq.
775 Pleasant St., Unit 16
E. Weymouth, MA 02189

Stephen C. Warneck, Esq.
350 Lincoln St., Ste 2400
Hingham, MA 02043