UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS FILED
IN CLERKS OFFICE

2006 MAR 13 P 4 58

U.S. DISTRICT COURT
DISTRICT OF MASS. 05-10620-WGY

Robert J. Campbell,
                    *Plaintiff,*

V.

Town of Weymouth, et al
                    *Defendants*

### PLAINTIFF'S VOLUNTARY MOTION TO DISMISS DEFENDANT ELKERTON

The Plaintiff, Robert J. Campbell, ["Campbell"] hereby submits a voluntary Motion To

Dismiss Defendant Stanley Elkerton from all claims and liability in this action.

Humbly submitted,

Robert J. Campbell
Plaintiff, Pro Se
50 Squanto Road
North Weymouth, MA 02191
Telephone (781) 335-4362

Dated March 13, 2006

## CERTIFICATE OF SERVICE

I hereby certify on this day that a true copy of the enclosed document was served upon the Defendant(s) by U.S. Mail First Class.

Date: 3/13/06

Robert J. Campbell
Plaintiff, Pro Se
50 Squanto Road
North Weymouth, MA 02191
(781)335-4362

Pc: William P. Breen, Jr., Esq.
   Murphy, Hesse, Toomey & Lehane, LLP
   300 Crown Colony Dr., Ste 410
   Quincy, MA 02169

   George E. Lane, Jr., Esq.
   87 Broad St.
   Weymouth, MA 02188

Gregory F. Galvin, Esq.
775 Pleasant St., Unit 16
E. Weymouth, MA 02189

Stephen C. Warneck, Esq.
350 Lincoln St., Ste 2400
Hingham, MA 02043