UNITED STATES DISTRICT COURT, FILED
DISTRICT OF MASSACHUSETTS CLERKS OFFICE

Robert J. Campbell,

        *Plaintiff,*

2006 MAR 13 P 4: 58
CIVIL ACTION
U.S. DISTRICT COURT NO. 05-10620-WGY
DISTRICT OF MASS.

V.

Town of Weymouth, et al
        *Defendants*

## DOCUMENTS AFFIDAVIT IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT GILDEA'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT

The plaintiff Robert J. Campbell, ["Campbell"] humbly submits the attached Documents

Affidavit in support of the Plaintiffs Opposition To Defendant Gildea's Motion to

Dismiss Second Amended Complaint.

The plaintiff respectfully requests that This Court consider the enclosed Documents

Affidavit with regards to the Plaintiffs opposition the Defendants' Motion to Dismiss the

Second Amended Complaint. To the best of my knowledge, the enclosed documents are

true copies or original documents.

Signed and sworn to under the pains and penalties of perjury.

Respectfully Submitted,

Robert J. Campbell,
Plaintiff, Pro Se
50 Squanto Road
North Weymouth, MA 02191
PH(781)335-4362

Dated March 13, 2006

United States District Court
Docket #05-10620-WGY

Pc: William P. Breen, Jr., Esq.
    Murphy, Hesse, Toomey & Lehane, LLP
    300 Crown Colony Dr., Ste 410
    Quincy, MA 02169

    George E. Lane, Jr., Esq.
    87 Broad St.
    Weymouth, MA 02188

Gregory F. Galvin, Esq.
775 Pleasant St., Unit 16
E. Weymouth, MA 02189

Stephen C. Warneck, Esq.
350 Lincoln St., Ste 2400
Hingham, MA 02043

### CERTIFICATE OF SERVICE

I hereby certify on this day that a true copy of the enclosed document was served upon the defendant(s) by U.S. Mail/Fax/Hand Delivery.

Date: 3/13/06

Robert J. Campbell
Plaintiff, Pro Se
50 Squanto Road
North Weymouth, MA 02191
PH(781)335-4362



# The Commonwealth of Massachusetts
# Department of Early Education and Care

### Taunton Regional Office
### 21 Spring Street, Suite 2
### Taunton, MA 02780
Telephone: 508-828-5025
FAX: 508-828-5235

ANN REALE
COMMISSIONER

March 9, 2006

Ms. Tammy Campbell
50 Squanto Road
North Weymouth, MA 02191

  Re: Your Records Request: *File on Tammy Campbell*

Dear Ms. Campbell:

  In response to your request for public records regarding **your file**, the Department of Early Education and Care (EEC) has compiled the documents necessary to satisfy your request. Pursuant to Massachusetts General Laws (G.L.) chapter 66, section 10(a) EEC is forwarding to you the following records:

   **(1) All documents related to your 1997 interactions with EEC, formerly the Office for Children**

Any information that identifies any complainant, witness, third party, or other information, that is required to be withheld by statute has been redacted, pursuant to G.L. c. 4 §7(26)(a), (c) and (f).

  You have the right to appeal the denial of a record or any portion of a record to the Supervisor of Public Records, Office of the Secretary of State, in accordance with G.L. c.66, §10(b) and 950 CMR 33.25. Your appeal must be filed in writing within thirty (30) days and must include a copy of the letter by which the request was made, as well as EEC's response. If you have any questions in this matter, please contact Claire Blackburn at (508) 828-5025 ext. 551.

         Sincerely,

         Michael Avery, Taunton Regional Director



*The Commonwealth of Massachusetts*
*Executive Office of Health and Human Services*
*Office for Children*
*Lakeville Regional Office*
*109 Rhode Island Road*
*Lakeville, Massachusetts 02347-1349*

**WILLIAM F. WELD**
GOVERNOR

**ARGEO PAUL CELLUCCI**
LIEUTENANT GOVERNOR

**JOSEPH GALLANT**
SECRETARY

**ARDITH WIEWORKA**
COMMISSIONER

TELEPHONE
(508) 947-1133
FAX: (508) 947-5255

July 17, 1997

Tammy Ann Campbell
8 David's Island Road
North Weymouth, MA

Dear Ms. Campbell,

You have submitted documentation to the Office for Children requesting to be exempt from family day care licensing. Regulation 102 CMR 8.02 defines family day care as follows:

> *Family Day Care.  Any private residence which, on a regular basis receives for temporary custody and care during part or all of the day, children younger than seven years old, or children younger than 16 years old if such children have special needs; provided, however, in either case, that the number of children younger than 16 years old in a family day care home shall not exceed six, including participating children living in the residence.  Family day care home shall not mean a private residence used for an informal cooperative arrangement among neighbors or relatives, or the occasional care of children with or without compensation therefor.*

In your specific instance, you are providing care for one child, seven years of age.

Page 2
7/16/97


This care does meet the Office for Children's exemption
guidelines.  Therefore, your exemption is granted and you do not
require a family day care license.  If the above described
arrangement changes and more children are added, your exemption
may no longer be valid.  If you have any further questions,
please contact your licensor, Holly Vrettas.


Sincerely,

Michael Avery
Regional Director

CC: Diana Phillips, FDC Supervisor
    Holly Vrettas, FDC Licensor



**Executive Office of Health and Human Services**

**Office for Children**

OFFICE FOR CHILDREN

**RECEIVED**

MAR 26 1997

OFC-LAKEVILLE

**FAMILY DAY CARE
EXEMPTION REQUEST FORM**

In order to be considered for an exemption from licensing based on 102 CMR 8.02 this form must be completed with all applicable information. You may attach additional information. This form must also be dated and signed.

1. Name: _Tammy Ann Campbell_

2. Address: _8 Davids Isl Rd_

   Zip Code: _02191_    Telephone (617) _335-4362_

3. Have you ever been licensed to provide child care services?
   Yes [ ] No [ ✓ ] If answer is yes, by whom were you licensed _____ Agency and State,
   what were the dates of licensure? _____
   Were there any legal actions taken on your license? Yes [ ] No [ ✓ ]
   If yes, please explain, (you may use separate sheet).
   _____
   _____
   _____

4. Are you currently providing care? Yes [ ✓ ] No [ ]

5. How long have you been providing care? _96_ years, _9_ months, _5_ days.

6. Please list the name(s) of the child or children you care for, age and their relationship, if any to you.
   _____        _____
   _____        _____
   _____        _____

7. How often will the child care operate/provide care? _M-F_
   _4_ hours per day, _5_ days per week, _4_ weeks per month,
   _12_ months per year

8. Is (or will) any child be in your care more often than one day per week? Yes [ ✓ ] No [ ]
   If yes, is (or will) any child be in your care more than a total of 8 hours per week? Yes [ ✓ ] No [ ]
   _M- f school days_

9. Is (or will) any child be in your care for more than 30 consecutive days of child care? Yes [ ] No [ ✓ ]

10. Are you related to all children in your care by blood, marriage or adoption? Yes [ ] No [ ✓ ]

11. Are children cared for on an equal, informal basis by you and by their parents? (This means all parents share equally in supervising, feeding, diapering and other caretaking responsibilities) Yes [ ✓ ] No [ ]
    _Before School & After School (Thats all)_

If Yes please answer the following questions.  Complete this section if applying for exemption as an Informal Cooperative Arrangement.  If not completing, skip to #12.

A.  How many children do you (propose to) care for? _____

          Maximum Age of Children _____

          Minimum Age of Children _____

B.  How many children will you care for on a daily basis? _____

          Maximum # of Children _____

          Minimum # of Children _____

C.  List the names and ages of all caregivers involved in the child care arrangement, the nature of their involvement, the hours they are involved, and their relationship to the children in care.

        _____      _____

        _____      _____

        _____      _____

        _____      _____

D.  List all addresses where child care occurs and the names of persons providing the care.

| Name: _____ | Name: _____ | Name: _____ |
| Address: _____ | Address: _____ | Address: _____ |
| _____ | _____ | _____ |
| City: _____ | City: _____ | City: _____ |
| Zip: _____ | Zip: _____ | Zip: _____ |

E.  What is the maximum number of hours per day any child may attend? _____ hours.

F.  What is the maximum number of days per month any child may attend? _____ days.

G.  Will all children attend for the same hours? Yes [ ✓ ] No [  ]
If the answer is no please explain, (you may attach a separate sheet).

H.  Will all parents share equally in the caretaking responsibilities, (supervising, feeding, diapering etc.) for all children?  Yes [  ]  No [  ].  If no, how will parents share responsibility?

_____

_____

If applying for exemption for one child under Informal Cooperative Arrangement please answer the following questions.

12.  Do you care for one child under an Informal Cooperative arrangement with the child's parent/guardian?
Yes [ ✓ ]  No [  ]
If yes, please answer the following questions:

A.  Describe how you made the child care arrangement, how you know and how long you have known the parent(s).  *Needed before school (after) care for her who was in my son class the following year. My winter wasn't available and she asked before & after school. I would consider taken.*

B.  Will the provider be paid, (directly or indirectly; goods/services)?  Yes [ ✓ ]  No [  ].  If yes, who will pay? *Community Care for Kids*

C.  Will there be a fee charged for the care of the child? Yes [ X ] No [  ]  If no fee, explain why

_____

_____

_____

13.  Are there any special circumstances that the Office should consider? Yes [ X ] No [  ].  If yes, please describe. _This is only until my Centeries_

_build in North Weymouth._

_____

_____

**I hereby certify under penalty of perjury that to the best of my knowledge, the above information is true and correct. (N.B. Intentionally submitting false or misleading information is in violation of Chapter 28A of the Massachusetts General Laws and may result in legal action including monetary fines.)  The Office for Children retains the right to make inquiries and home visits to determine compliance with exemption standards.**

_3/24/97_

**Date**

_Tammy Ann Campbell_

**Signature of person completing form**

_Tammy Ann Campbell_

**Please print name**

_I feel I have filled This form out to the best of my Knowledge ._

| Complaint: | **12753** | Type: | **Routine** |
| Intake date: | **02/14/1997** | Intake By: | **HVRETTAS** |
| Assigned On: | **02/18/1997** | Assigned By: | |
| Due Date: | **03/18/1997** | | |

### Provider Information:

| | | | | | |
|---|---|---|---|---|---|
| Program Number: | **510486** | Program Status: | **Unlicensed** | License Exp. Date: | |
| Program Name: | **Tammy Campbell** | | | | |
| Address: | 8 Davis's Island Rd., N. Weymouth, MA 02191 | | Telephone: | **617 335-4362** | |
| System ID: | | Licensor of record: | **vacant vacant** | | |
| System name: | | | | | |
| | | | | | |
| Address: | | | | Telephone: | |

### Licensor / Investigator Assigned:

| Licr Assigned | Last Name | First Name | Role | Date Assigned | Assigment Change |
|---|---|---|---|---|---|
| 5F041 | vacant | vacant | Lead | 02/18/1997 | |

### Reporter:    (A = Anonymous, W = Written Statement)

| Reporter Type | Last Name | First Name | Address | | HPhone | WPhone | A | W |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

### Allegations:

A.06    Unlicensed Care or Srvcs
E.06    Outdoor play space

### Citations:

### 51 A/B Report:

| Provider | OCCS | Reporter | With Unsol. 51B | Other |
|---|---|---|---|---|
| 51B Date | First Request | Second Request | Screen Out Date | |
| Supp. Date | Unsupp. Date | Foster Parent | | |

### Other Agencies involved:

### Tracking Dates:

| First Contact Date: | 02/24/1997 | Notice: Reporter: | | Notice provider: | 03/14/1997 |
|---|---|---|---|---|---|
| Interim Rpt date: | 03/03/1997 | No. of Visits: | 4 | Close Date: | 03/14/1997 |
| Legal Referal date: | | | | | |

| Disposition: | Followup Required | Outcome: | No Non-Comliance Found |
|---|---|---|---|

**Date Printed:**    **02/15/2006**

# TD for Complaint No.  12753    Status: Closed

## Provider    510486 *(unlicensed)*

*Change Intake Status*___Licensed    ___Applicant

**Tammy Campbell**
**8 Davis's Island Rd.**

N. Weymouth              02191    617 335-4362

    Licensor:
Licensee

## Intake Info

Intake Date 2/14/97        Due Date 3/18/97      _/_/_

Manager                    Invest# 012753-01  _____
Intake by HVRETTAS              *Total # Reporters 1*

**Type** Routine        [ ] *R=Routine S=Serious E=Emergency*

---

## Lead Licensor/Investigator Assig  No Active Staff  1

Code **5F041**    on (date) **2/18/97**      _/_/_

Name Vrettas, Holly        No Inactive Staff  0

## Add/Change Staff Assigned:

Change Lead to: Code _____  Name_____

Add Assistant: Code _____  Name_____

---

## Reporter #1  *Type:*1
Written Statement? **Yes** [ ]    Anonymous? **Yes**  [ ]
Name :_____
Street:
Town :_____    State**Ma** (
Phone(H) ( ') :          (____)
    (W) (__) __-____ Ext(____)

## Reporter #2  *Type:* **Only** one reporter
Written Statement? No [ ]    Anonymous?  No  [ ]
Name
Street
Town                        State
Phone(H)
    (W)

*Add Reporter*    Reporter Type _____    Written Statement? [ ]  Anonymous(y/n)?    [ ]

First_____  Last_____  Phone(H)_____  (W)_____

Street_____    Town_____  State____  Zip_____

---

**Reporter Types:**

| Parent | Neighbor | Child | Adoptive Parent | OFC employee | CCR&R | DSS DMR DYS Other state agency | Out-of-state agency |
| Relative | Landlord | Foster Parent | Community Agency | Media | Other Provider | Other | DMH DOE DTA Local Police | Unknown |
| Potential Customer | | Provider Self Reporting an Incident | Provider Staff | FDC System | | | |

---

## 51A/B Info    *Any filed?* No

Provider?**No** [ ]  Reporter?**No** [ ]  OFC?**No** [ ]  Other? **No** [ ]

With Unsolicited 51B**No** [ ] **51B Received**  _/_/_

**Foster Parent**

## DSS Tracking Report Requested on _/_/_

DSS Supported on  _/_/_

DSS Unsupported on  _/_/_

DSS screened out on  _/_/_

---

## Other Agencies Involved

DPPC Report Filed **No** [ ]   DPPC Report Rec'd **No** [ ]

| | | Agencies | DMH |
|---|---|---|---|
| 1. | 1._____ | DOE DSS DYS | |
| 2. | 2._____ | | |
| 3. | 3._____ | DMR DPH DTA | |

## Tracking First Contact  _/_/  2/24/97

No of Visits [ ]    4

Notice to Provider_/_/  3/14/97

Notice to Reporter_/_/_

Interim Report_/_/  3/ 3/97

---

## Close Info                        Report Date _/_/  3/14/97

Citations
Findings **No non-compliances cited**
   Disposition **Followup Reqd**        Referred to Legal on _/_/_

---

**Complaint Allegations/Incident Intake Codes**          *(For VAX: U=Unfounded; F=Founded; P=Pending)*

A.06  Unlicensed Care or Srvcs      E.06  Outdoor play space

---

Data Entry by_____ on _/_/__          *Printed: 3/14/97*          Notes Attached [ ]

## THE COMMONWEALTH OF MASSACHUSETTS

Executive Office of Human Services

### Office for Children

**109 Rhode Island Road, Lakeville, Massachusetts 02347**

Date: March 14, 1997

Tammy Campbell
8 Davis's Island Rd.
N. Weymouth, MA 02191

Re: Tammy Campbell
    Complaint #: 12753

Dear Tammy Campbell,

Enclosed is the report resulting from the recent investigation conducted by the Office for Children. The investigation was conducted in response to a complaint that had been filed with the Office for Children.

The investigation resulted in no non-compliances being cited at the time of the visit. As the care you are providing is exempt from family day care licensure, please complete the exemption request form that is enclosed. Please return this form with fourteen days of the date of receipt of this letter.

Thank you for your cooperation.

Sincerely yours,

*Holly Vrettas*

· Holly Vrettas
Licensor

# The Commonwealth of Massachusetts

Executive Office of Health and Human Services
Office for Children
109 Rhode Island Road, Lakeville, Massachusetts 02347
Date: March 14, 1997

---

## INVESTIGATION REPORT

Complaint #:          12753        Facility # 510486
Name of Facility:     Tammy Campbell
Address:              8 Davis's Island Rd., N. Weymouth, MA 02191

On 2/14/97, the complainant reported that Tammy Campbell residing at 8 Davis Island Rd.
Weymouth , is currently providing care for three children from this address. The complainant
reported that this address has access to a swimming pool.

### II. Summary of Investigation Activity
The case was assigned to this Licensor on 2/18/97.

On 2/20/97, an unannounced home visit was made. Alleged provider's daughter answered the door
and informed Licensor that her mother was not present.
On 2/20/97, Licensor returned to home. Alleged provider was not present.
On 2/20/97, written documentation was received from the Complainant and reviewed.
On 2/24/97, an unannounced home visit was made. Alleged provider's daughter informed that her
mother would return shortly.
On 2/24/97, Licensor returned to home and discussed with the alleged provider the complaint
allegation.
On 3/4/97, notification of written complaint letter mailed.
On 3/4/97, notification of findings letter mailed.

### III. Summary of Findings
On 2/24/97, an unannounced visit was conducted. The alleged provider denied the allegation of
caring for three children from her residence. She further explained that she does care for one child,
age seven. The child arrives to her home before school hours and after school hours, from 3:00
p.m.-5:30 p.m. At the time of the visit, Licensor did not observe any children to be in care. The
alleged provider explained that she has an arrangement worked out with Community Care for Kids
through a voucher. The child care arrangement described, does not appear to be a licensable
situation.

### IV. Non-compliances
There are no non-compliances found during this investigation.

Licensor/Investigator: Holly Vrettas

# Contact Notes

**Complaint #:    12753**
**Print by:   DPHILLIP**
**Print on:   03/14/97**

## Detail:
The complainant (                    ) also known as        .    · stated
that       would put concerns and issues in writing in regards
to proposed plans including new paper articles and mail to the office.

According to        , Tammy Campbell is in the process of proposing
plans to build a facility next to her home,  where she may run a
summer camp including 53 children. The Planning Board is involved
because of a flood plan occurring in the surrounding area. According
to        ., this doesn't only concern        but other neighbors are
involved and have real strong conflicts with the proposed plans.
       has informed licensor that there have been several articles
in various newspapers addressing this issue. The Patriot Ledger and
The Weymouth News article on 2/12/97.
       stated that this matter has been brought to the commissioner
level.
The alleged provider, Tammy Campbell has a        i named
supporting her and petitioning in her favor.


The                 d child that Ms. Campbell watches is :

# Summary of Allegations

**Provider ID:**     **510486**
**Complaint #:**      **12753**
**Print by:**   **DPHILLIP**
**Print on:**   **03/14/97**

**Detail:**
On 2/14/97, the complainant reported that Tammy Campbell residing at 8 Davis Island Rd. N.
Weymouth (condo. complex) , is currently providing care for three children from this address.
The complainant reported that this address has access to a swimming pool.

**PROVIDER NAME** _____

**ADDRESS** _____

| Date | Contact | Initials |
| --- | --- | --- |

31197  Notification of receipt of written
complaint + Notification of findings letter
sent Back - wrong Address          (HV)

3.10.97  Complainant called to follow up
w/ Notification of findings - Licensor Asked
if she received findings in mail - she
stated no she didn't - when Licensor
read off Address she stated it wasn't
correct. Licensor verbalized findings          (HV)
over the phone



**WILLIAM F. WELD**
GOVERNOR

**ARGEO PAUL CELLUCCI**
LIEUTENANT GOVERNOR

**JOSEPH GALLANT**
SECRETARY

**ARDITH WIEWORKA**
COMMISSIONER

*The Commonwealth of Massachusetts*
*Executive Office of Health and Human Services*
*Office for Children*
*Lakeville Regional Office*
*109 Rhode Island Road*
*Lakeville, Massachusetts 02347-1349*

TELEPHONE
(508) 947-1133
FAX: (508) 947-5255

## NOTIFICATION OF RECEIPT OF

## WRITTEN COMPLAINT

**Date:**    March 4, 1997

Dear

The Office would like to acknowledge that on <u>Feb. 20, 1997</u> we received your written complaint relative to <u>Tammy Campbell</u>.

The Office will conduct an investigation of your complaint and may contact you for further information.  We will notify you of the outcome of the investigation.

The Office for Children appreciates your concern and thanks you for taking the time to file a written complaint.

Sincerely,

_____
Family Day Care Licensor

/je

# The Commonwealth of Massachusetts

## Executive Office of Health and Human Services
### Office for Children
### Lakeville Regional Office
### 109 Rhode Island Road
### Lakeville, Massachusetts 02347-1349

**WILLIAM F. WELD**
GOVERNOR

**ARGEO PAUL CELLUCCI**
LIEUTENANT GOVERNOR

**JOSEPH GALLANT**
SECRETARY

**ARDITH WIEWORKA**
COMMISSIONER

**TELEPHONE**
(508) 947-1133
FAX: (508) 947-5255

## NOTIFICATION OF FINDINGS LETTER
## II

Date    3/4/97

Dear

The Office has completed its investigation of the commplaint which you made regarding the ___Tammy Campbell_____ .

__X__ A.   Our investigation found the program to be in compliance with OFC licensing standards.

_____ B.   The Office made recommendations to the program to address concerns expressed in your complaint.

_____ C.   The Office noted non-compliances not related to your complaint which the provider is in the process of correcting.

Thank you for bringing your concerns to our attention.

Sincerely,

Licensor

OFC-Lakeville

FEB 2 0 1997

February 19, 1997

Ms. Holly Vrettas
c/o The Commonwealth of Massachusetts
Executive Office of Health and Human Services
Office for Children
Lakeville Regional Office
109 Rhode Island Road
Lakeville, Ma.  02347-1349

Dear Holly,

Thank you for taking the time to speak with me regarding licensing information for
Tammy Campbell of 8 David's Island Road, North Weymouth. My mission was one of
information only, and didn't intent to discredit Tammy in any way. I merely desired to
confirm information passed along during several planning board meetings. As agreed, I
have enclosed copies of all information related to the proposed day care center.

Robert and Tammy Campbell, purchased a parcel of land on the corner of Neck Street
and David's Island Road with the intention of building a day care center. The original
proposal was for a home day care setting and 10 children. During the first meeting last
fall, we discovered that Robert and Tammy weren't living in this structure. At this time,
the number of children increased from 10 to 25 children. The planning board rejected
the Campbell's proposal and asked them to submit a new proposal for the intended
center.

The Campbell's requested another hearing and the date was scheduled on December 16th.
At this meeting, the numbers increased again from 25 to 53 children. Also at this
meeting, the Chairman of the Planning Board asked Robert, "what are your intentions
with the three children you currently take care of in your home, and the answer was, they
will be incorporated in the proposed day care center". The planning board requested
more information regarding the proposal and a meeting was scheduled for January 13th.
At this meeting, we now have a lawyer speaking for the Campbell's and yet another new
proposal which increased the parking from 10 spaces to 12. The interesting thing here is,
the staff increased to 3 still leaving only 1 space for 53 children. Additionally, because
the center in located in a floodplain, the board requested an evacuation plan for the
children in case of emergency. The planning board rescheduled the meeting for

February 10th, however, the Campbell's requested postponing in order that the evacuation plan be completed with the fire department. The next scheduled meeting is February 24th at 9:00PM. We contacted the Chief Madden of the fire department today regarding the status of the plan, he was not available but will return the call.

Holly, I want to thank you for your information and I am available to answer any questions you may have regarding the Bare Cove Day Care Center.


Yours truly,



(


enc.:

**MASSACHUSETTS SENATE**

STATE HOUSE, BOSTON 02133-1053

OFFICE OF ...

FEB 2 0 1997

**SENATOR ROBERT L. HEDLUND**

PLYMOUTH AND NORFOLK
DISTRICT

ROOM 413E

TEL. (617) 722-1646
February 3, 1997

COMMITTEES
TRANSPORTATION
PUBLIC SAFETY
HEALTH CARE
LOCAL AFFAIRS

Mr. Paul Dillon, Chairman
Weymouth Planning Board
75 Middle Street
Weymouth, MA   02189

Dear Chairman Dillon,

I am writing to express my concern over the proposed day care
center for Neck Street in North Weymouth.   While I recognize that
day care centers serve a very important role in our society, I
question the location of this particular entity in a residential
area.

The area on Neck Street where this center would be, is located in
a flood plain.   The obvious environmental concerns need to be
addressed before any permits are issued.   Moreover, it has been
brought to my attention that the original planned number of
children served in this center has been increased dramatically,
which may increase traffic in the neighborhood.

The many traffic issues related to this proposal also concern me
and many of the neighbors.   Neck Street, and North Weymouth in
general, has had to bear the brunt of a myriad of residential and
commercial development over the past few years.   This center will
only add to this burden.

As you make your decision on permitting this project, I hope you
take these concerns into consideration.   There are many in North
Weymouth who have valid concerns, and I hope these are considered
before any permit is offered.

Sincerely,

**ROBERT L. HEDLUND**
State Senator
Plymouth/Norfolk

**North Weymouth Civic Association**
**P.O. Box 93**
**North Weymouth, Ma. 02191**

OFC of ...svill

FEB 2 0 1997

14 February 1997

Dear

Please be advised that the North Weymouth Civic Association's Board
of Directors, at their regularly scheduled meeting of 13 February,
voted unanimously to oppose the proposed Day Care Center for over
fifty (50) children at the intersection of Neck Street and David's
Island Road. Please feel free to mention our opposition where
appropriate.

Yours truly,

Bradley H. Annis
Treasurer (filling in for
Corresponding Secretary)

COMMONWEALTH OF MASSACHUSETTS

MASSACHUSETTS SENATE

STATE HOUSE, BOSTON 02133-1053



FEB 2 0 1997

**SENATOR ROBERT L. HEDLUND**

PLYMOUTH AND NORFOLK
DISTRICT

ROOM 413E

TEL. (617) 722-1646

COMMITTEES
TRANSPORTATION
PUBLIC SAFETY
HEALTH CARE
LOCAL AFFAIRS

February 5, 1997

Dear

Thank you for contacting my office to express your concern over the recent proposal to open a day care facility along Neck Street in North Weymouth. While I recognize the crucial service that day care centers provide, I agree that this proposed location may not be suitable for a variety of reasons.

At this point in time, I have conveyed my concerns and opposition to this inappropriate location to both the town of Weymouth and the State Office of Licensing in Lakeville. The first and foremost point of concern that I have pertains to the environment. As you are aware, the center would be located in a flood plain. In addition, I have great concern for the well-being of the wet lands adjacent to the site.

I have also expressed my concern regarding the safety of this area. North Weymouth has faced a myriad of commercial and residential development over the past few years resulting in a higher volume of traffic to the area. As a result, there have been a number of incidents over the past few years involving pedestrians and motor vehicles. Therefore, I have great concern for the safety of the children attending the facility. In addition, this center will only add to the burden of parking in the area.

I appreciate your taking the time to bring this matter to my attention. Please feel free to contact me should you have any questions or further matters of concern.

Sincerely,

Bob Hedlund

**ROBERT L. HEDLUND**
State Senator

*The Commonwealth of Massachusetts*

*Executive Office of Health and Human Services*

*Office for Children*

*Lakeville Regional Office*

*109 Rhode Island Road*

*Lakeville, Massachusetts 02347-1349*

FEB 2 0 1997

**WILLIAM F. WELD**
GOVERNOR

**ARGEO PAUL CELLUCCI**
LIEUTENANT GOVERNOR

**JOSEPH GALLANT**
SECRETARY

**ARDITH WIEWORKA**
COMMISSIONER

TELEPHONE
(508) 947-1133
FAX: (508) 947-5255

January 15, 1997

Dear

I am writing in response to your letter of January 6, 1997 stating your concerns about locating a day care center near your home.

Although the Office for Children does regulate day care centers such as the one proposed for your neighborhood, it has no legal authority over the local zoning issues you have raised. Our regulations do require that all day care centers have a safety inspection certificate from the local building inspector and we would not license any new day care center that did not have a building certificate. However, the building certificate is typically issued near the end of the licensing process, after the zoning has been approved and the facility has been constructed and inspected.

Consequently, we cannot address the issues you have raised. You may want to pursue these matters with your local zoning board and building department.

Thank you for taking the time to express your concerns. I hope this letter clarifies the Office's role.

Sincerely,

Philip Baimas
Program Manager

PB/hm

COMMONWEALTH OF MASSACHUSETTS

# MASSACHUSETTS SENATE

STATE HOUSE, BOSTON 02133-1053

OFFICE RECEIVED

FEB 2 0 1997

**SENATOR ROBERT L. HEDLUND**

PLYMOUTH AND NORFOLK
DISTRICT

ROOM 413E

TEL. (617) 722-1646

COMMITTEES:
TRANSPORTATION
PUBLIC SAFETY
HEALTH CARE
LOCAL AFFAIRS

**January 14, 1996**

Dear

Thank you for contacting my office to express your concern over the proposed day care center for Neck Street in Weymouth. I am aware of the area, and have actually spent the past year working on ways to improve the environment and landscape of this neighborhood.

I have been in contact with neighbors, and many of them share your concern. I have voiced these concerns to the Licensing Office of the Regional Office of Children and am hopeful that the concerns of my office and the residents are heeded before any construction takes place.

North Weymouth has had its share of development thrust upon it, and there has been little consideration for the environmental impact. I have worked and will continue to work for the improvement of this vital residential part of Weymouth.

I will keep you up to speed on any developments that occur on this level. If you have any further questions or concerns, please feel free to contact my office.

Sincerely,

Bob Hedlund

**ROBERT L. HEDLUND**
State Senator
Plymouth/Norfolk

FEB 2 0 1997

# Hearing on day care center is postponed in Weymouth

WEYMOUTH — A public hearing on a day care center proposed for Neck Street has been postponed [...]

[...] center in the flood plain near Delorey Field. [...] asked the planning board to postpone the hearing so it could consider issues raised by the board last month.

Planning Board Chairman Paul Dunn said the hearing had been rescheduled for 8 p.m. Feb. 24.

A dozen or more Neck Street neighbors have opposed the center, saying it would cause [...] flooding and would [...] create traffic [...]

[...] Campbell, one of four family members who has applied for a special permit to build inside the flood plain, has gathered dozens of [...] from families who support the center [...]

At a Jan. 13 hearing, the planning board was skeptical of the plans, which show 11 parking spaces and one space for the disabled to serve eight staff members and the parents of the 153 children. [...]

[...] Campbell said a standing lane would accommodate most parents dropping off children. [...]

The Campbells also plan to use two vans to pick up children after school.

The planning board asked the [...]

[...] Campbells to show details [...] build in the flood plain [...]

They have stated [...] by the state, but the planning board has [...] state [...] building plans that [...] built in the flood plain.

The Campbells plan to use 188 cubic yards of fill to raise the building above the flood plain.

FEB 2 0 1997

# Response to Weymouth day care article

Please direct your attention to the recent article written by Robert Lee. The title of this piece is, "Day Care plan divides generations."

Let me set the facts in the proper prospective. First and foremost, we at Saltwater Creek are not "older residents," this is not senior citizens housing. We have many young couples and several young children in this complex. Most of us have resided here for several years and take a great deal of pride in our home and community. The article also suggests that we are the only people against this day care center. The truth is that everyone abutting the center is concerned. Have you seen what the Campbells intend to build? The plans are on record at the Weymouth Town Hall and it's public information. You might ask to copy the list of residents attending these meetings. Better yet, visit the site and get a real feel for the proposal.

This side of Neck Street resides in a flood plain. During full and new moon storms, our parking lot provides the local ducks with a new found swimming pool. The same is true for any storms approaching from the north-east. The water on Neck Street gets so deep it reaches the bumpers of my car. The water puddles from the back of UHaul and runs right in front of the day care center.

In addition to all the water, we have traffic. We get the traffic from Weymouth Port, East Bay, the conservation land visitors and the folks from River Street. During the summer, we have the beach and boating crews all on one two-lane street. Adding to all of this, the intersection of Neck Street and Route 3A is one of the top five intersections for automobile accidents.

The residents of Neck Street are not opposed to day care centers. We have a large day care off Green Street and another on Church Street. This is just a few of the day cares within one mile or less of this street. The need for day care is an obvious one in these times. The safety of the children must be considered, and is a location that requires flood evacuation safe? I'm not certain.

*Patricia Engen*
*3/13/96*

SANDRA AMOS
North Weymouth



OFC-Lakeville

FEB 2 0 1997

# Weymouth News

617-337-1944    75 cents

COMMUNITY NEWSPAPER COMPANY

# Use of Flood Plain Questioned

## Day Care Center Stirs Neck Street Neighbors

A proposed day care center in the Back River flood plain is kicking up a fuss with the neighbors, particularly those in the Saltwater Creek condo complex at 275 Neck St.

A hearing on a special permit to build in the flood plain, sought by Genesis Engineering of South Easton, was con-

tinued to Feb. 24 by the Planning Board Monday night.

The proposed Bear Cove Children's Center would be operated by Tammy and Robert Campbell of 8 Davids Island Road for up to 53 preschool and afterschool youngsters between 2 and 10.

The application was before the Planning Board earlier and continued to give Genesis time to put together a plan to evacuate the children in the event of flooding.

Construction would require placement of 268 cubic yards of fill into the

## Day Care Center Stirs Neck Street Neighbors

*Continued from page 1*

flood zone which requires the special permit from the Planning Board.

It's the possibility of flooding that bothers Sandy Amos of the Saltwater Creek condos.

During some storms, she said "our parking lot provides local ducks with a new-found swim-

ming pool. The water in Neck Street gets so deep it reaches the bumpers of my car.

"The residents of Neck Street are not opposed to day care centers. The need for day care is an obvious in in these times. But I'm not certain that I would take my child to a facility that requires a flood evacuation plan in order to get a permit."

Traffic and parking is another concern of nearby residents, since Neck Street is the main artery to George Lane Beach, Webb State Park and the Weymouthport and East Bay

condo complexes.

The proposal also calls for 12 parking spaces dedicated to the day care center, eight of them spaces for members of the staff and two for vans.

"It looks like Neck Street will provide parking for the overflow," said Amos.

A number of nearby residents, particularly those with small children, are in favor of the center. Karen Graham, a single mother with a son at Wessagusset School, submitted a petition with 28 names supporting it.

OFC-I aiknville

FEB 2 0 1997

**Weymouth Town Hall**
**Planning Board**
**75 Middle Street**
**Weymouth, Ma.**

**To whom it may concern:**

**The residents of the Neck Street and surrounding side streets, are presenting the Planning**
**Board with signed petitions regarding the Bare Cove Day Care Center. These petitions**
**include 83 signatures of residents located within the proposed locale of this center.**
**Many of these are citizens concerned with the conservation and preservation of the**
**wetlands.**

**We, the residents of Neck Street are trying to work together concerning the safety of the**
**children, the additional traffic problems and the negative impact of additional water**
**displacement from the sewers and the Back River, which, already in the past, have**
**caused considerable problems.**

**Thank you for your consideration regarding this matter.**

## PETITION

OFC Lakeville

FEB 2 0 1997

We are the residents of Neck Street located behind the UHAUL Rental Center. The purpose of this petition is related to the proposed building of a day care center on Neck Street. The Bare Cove Day Care Center is located between 275 Neck Street and David's Island Road. The proposed building is within a flood plain. This is a dangerous street with high traffic and the constant risk of flooding. We believe this is unsafe for the children using the facility and it's abutting residents because of water run off. Please sign this petition in support of the Neck Street residents.

| NAME | ADDRESS |
|------|---------|
| SHILPA SHAH | 269 NECK STREET |
| Barbara Landman | 267 Neck St. |
| *illegible* | 294 Neck St. |
| *illegible* Hanson | 290 Neck St. |
| *illegible* Russell | 300 Neck St |
| *illegible* | *illegible* Hill Dr |
| *illegible* | *illegible* Hill D |
| *illegible* | 15 *illegible* Hill Dr |
| *illegible* | *illegible* |
| *illegible* | 27 Regatta R. |
| Agnes M *illegible* | 27 Regatta Rd |
| *illegible* | *illegible* |
| *illegible* | 481 Neck St. |
| Joe *illegible* | 389 NECK St |
| Agnes Mullen | 389 Neck St |
| *illegible* Pupilo | 395 Neck St |
| *illegible* E. Pupilo | 395 Neck St. |
| *illegible* | *illegible* |
| Anthony Berardinelli | 358 Neck St |
| Josephine Berardinelli | 358 Neck St. |
| *illegible* | 37 Neck St |
| *illegible* | Neck St |
| Marjorie C. Snow | 51 Great Hill Dr. |
| Charles W. Snow | 51 Great Hill Drive |
| Catherine A. *illegible* | 363 Neck Street |
| *illegible* | 364 Neck St. |

## *PETITION*

FEB 2 0 1997

We are the residents of Neck Street located behind the UHAUL Rental Center. The purpose of this petition is related to the proposed building of a day care center on Neck Street. The Bare Cove Day Care Center is located between 275 Neck Street and David's Island Road. The proposed building is within a flood plain. This is a dangerous street with high traffic and the constant risk of flooding. We believe this is unsafe for the children using the facility and it's abutting residents because of water run off. Please sign this petition in support of the Neck Street residents.

| *NAME* | *ADDRESS* |
|---|---|
| Thomas E. Joyce | 364 Neck St. No. Wey |
| Mark Shay | 274 Neck St |
| [illegible] | 383 Neck St. N. Wey |
| [illegible] | 411 Neck Street |
| [illegible] E. Tilton | 6 Great Hill Dr. |
| Dorothy R. Tilton | 6 Great Hill Dr. |
| Robert Walker | 284 Neck St Nowey, Ma. |
| [illegible] Nash | 284 Neck St. No. Wey, Ma |
| [illegible] | 352 Neck St. N. Wey, Ma |

## *PETITION*

OFFI akaville

FEB 2 0 1997

We are the residents of Neck Street located behind the UHAUL Rental Center. The purpose of this petition is related to the proposed building of a day care center on Neck Street. The Bare Cove Day Care Center is located between 275 Neck Street and David's Island Road. The proposed building is within a flood plain. This is a dangerous street with high traffic and the constant risk of flooding. We believe this is unsafe for the children using the facility and it's abutting residents because of water run off. Please sign this petition in support of the Neck Street residents.

| NAME | ADDRESS |
|------|---------|
| Susan Wennek | 370 Neck Street |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | 14 Colonial Rd |
| | 26 Back River Rd |
| | 26 Back River Rd |
| | |
| | 370 Neck St |
| | 63 Great Hill Dr. Wey. |
| Mary Lou King | 63 Great Hill Dr. Wey. |

## *PETITION*

We are the residents of Neck Street located behind the UHAUL Rental Center. The purpose of this petition is related to the proposed building of a day care center on Neck Street. The Bare Cove Day Care Center is located between 275 Neck Street and David's Island Road. The proposed building is within a flood plain. This is a dangerous street with high traffic and the constant risk of flooding. We believe this is unsafe for the children using the facility and it's abutting residents because of water run off. Please sign this petition in support of the Neck Street residents.

| NAME | ADDRESS |
|------|---------|
| *[illegible signature]* | 275 Neck St |
| *[illegible signature]* Tremblay | 275 Neck St B-4 |
| Karyn V. *(illegible)* | 275 Neck St B-6 |
| *[illegible]* Cirrullo | 267A Neck St. #6 |
| *[illegible]* | 267A " " #6 |
| *[illegible]* | 267A " " #6 |
| Thomas J. *[illegible]* Jr | 267A " " 5 |
| *[illegible]* Hawkins | 267 Neck St H-7 |
| *[illegible]* | 267 Neck St A-7 |
| Mary Dickson | 267A Neck St J-12 |
| Nadine Kane | 267A Neck St #10 |
| *[illegible]* Heywood | 267 Neck St #3 |
| Theresa Kelly | 267 Neck St B-7 |
| Mary J. *[illegible]* | 267 Neck St, B-9 |
| Charles T. *[illegible]* | 267 Neck St #B-9 |
| *[illegible]* McDellarie | 267 Neck St - 1312 No *[illegible]* |
| *[illegible]* | 267 Neck St B-10 No *[illegible]* |
| *[illegible]* | 267 *[illegible]* B-10 |
| *[illegible]* | 26 *[illegible]* |
| Mary Fallon | 24 Julie Rd |
| *[illegible]* | *[illegible]* Neck St C-9 |
| *[illegible]* | *[illegible]* |
| *[illegible]* | 275 Neck St |
| *[illegible]* | 20 Rosemont Rd |
| Mary *[illegible]* | 20 Rosemont Rd |

## *PETITION*

We are the residents of Neck Street located behind the UHAUL Rental Center. The purpose of this petition is related to the proposed building of a day care center on Neck Street. The Bare Cove Day Care Center is located between 275 Neck Street and David's Island Road. The proposed building is within a flood plain. This is a dangerous street with high traffic and the constant risk of flooding. We believe this is unsafe for the children using the facility and it's abutting residents because of water run off. Please sign this petition in support of the Neck Street residents.

| *NAME* | *ADDRESS* |
|---|---|
| Chey Careault | 19 David Island Rd |
| Ralph E. Lopes | 65 David's Island Rd |
| Ruth J. Lopes | 65 David's Island Rd. |

# *PETITION*

We are the residents of Neck Street located behind the UHAUL Rental Center. The purpose of this petition is related to the proposed building of a day care center on Neck Street. The Bare Cove Day Care Center is located between 275 Neck Street and David's Island Road. The proposed building is within a flood plain. This is a dangerous street with high traffic and the constant risk of flooding. We believe this is unsafe for the children using the facility and it's abutting residents because of water run off. Please sign this petition in support of the Neck Street residents.

| *NAME* | *ADDRESS* | *Date* |
|---|---|---|
| *Dawn Willette* | 275 Neck Street #-4 Weymouth, Ma, | 2/1/97 |
| *Lynne Owen* | 275 Neck St. A-2 Weymouth MA | 2/1/97 |
| *Corey Larsen* | 275 Neck St A6 Weymouth | 2/1/97 |
| *Thomas P. Gardens* | 275 Neck St C-1 No Weymouth M. | 2/2/97 |

## *PETITION*

We are the residents of Neck Street located behind the UHAUL Rental Center. The
purpose of this petition is related to the proposed building of a day care center on Neck
Street. The Bare Cove Day Care Center is located between 275 Neck Street and David's
Island Road. The proposed building is within a flood plain. This is a dangerous street
with high traffic and the constant risk of flooding. We believe this is unsafe for the
children using the facility and it's abutting residents because of water run off. Please
sign this petition in support of the Neck Street residents.

| NAME | ADDRESS |
|------|---------|
| Robert Selogum | 267 Neck St. C-10 |
| Merita Clapton | 267 Neck St. C-4 |
| En Cinellerumyk | 267 Nick St. C-8 |
| Marvin Lawrence | 267 Neck St. C-7 |
| Jeri McCain | 267 Neck St. C-5 |
| Jean Council | 267 Neck St. C-12 |

January 30, 1997

## PETITION

We are residents of the area of Neck Street, River Street and Fort Point, generally. The purpose of this Petition is related to the proposed building of a day-care center on Neck Street. The Bare Cove Day Care Center will be located between 275 Neck Street and David's Island Road. The proposed building is on a dangerous street with heavy traffic, within a floodplain, and there is a constant risk of flooding in the area. We believe these factors pose unsafe conditions for the children using the facility as well as its abutting residents. Abutting residents will also be affected by water runoff problems created by developmental and environmental changes.

| SIGNATURE NAME | ADDRESS |
|---|---|
| *[illegible signature]* | 587 Bridge St. No. Wey |
| *[illegible signature]* | 48 Front [illegible] |
| *[illegible signature]* | 173 Broad Reach (Wey) |
| *[illegible signature]* | 13 Broad Reach N. Wey |
| *[illegible signature]* | 88 [illegible] St. N. Wey MA |
| *[illegible signature]* Abbott | 11 [illegible] No. Weymouth |
| *[illegible signature]* | [illegible] Weymouth MA 02189 |
| *[illegible signature]* | 1 [illegible] Reach North Weymouth |
| *[illegible signature]* | 11 [illegible] Reach No. Wey., MA |
| *[illegible signature]* | 11 [illegible] Circle N. Weymouth, MA |
| *[illegible signature]* | [illegible] St. North Weymouth, MA |
| *[illegible signature]* | [illegible] St. North [illegible] MA 02191 |
| *[illegible signature]* | [illegible] |
| *[illegible signature]* | [illegible] St. S. Weymouth MA 02189 |
| *[illegible signature]* | [illegible] Hart St. S. Wey. MA |

NECK STREET- NORTH SIDE OF BRIDGE STREET (ROUTE 3A)NORTH
WEYMOUTH, MASSACHUSETTS.

A TWO LANE STREET HAVING SIDEWALKS AS FOLLOWS:
   EVEN NUMBER SIDE: 8 FEET WIDE    ODD NUMBER SIDE: 4 FEET WIDE

THE FOLLOWING IS A LIST OF MOTOR VEHICLES THAT FREQUENTLY TRAVEL
UPON NECK STREET:

| | |
|---|---|
| AUTOMOBILES-VANS-PICK UP TRUCKS | OIL DELIVERY TRUCKS |
| FIRE ENGINES | U-HAUL VEHICLES |
| POLICE CRUISERS | NEWSPAPER DELIVERY TRUCKS |
| MOTORCYCLES | SERVICE AND/OR REPAIRS |
| MARINE TRAILERS CARRYING: | TELEPHONE |
| FISHING BOATS | ELECTRIC |
| RECREATIONAL VEHICLES | CABLE |
| LARGE PLEASURE CRAFTS | GAS |
| TOWN OF WEYMOUTH: | CONTRACTORS |
| SNOWPLOWS | CARPET CLEANERS |
| SANDERS | PRIVATE WATER DELIVERIES |
| STREET CLEANERS | FOOD DELIVERIES (TERN MARINE) |
| SIDEWALK PLOWS | MOVING VANS |
| STREET REPAIRS | PATRIOT LEDGER DELIVERY |
| SEWER TRUCKS | LUMBER DELIVERIES |
| SCHOOL BUSES/VANS | HOME IMPROVEMENT DELIVERIES |
| MBTA BUSES | FURNITURE/APPLIANCE DELIVERY |
| TRASH PICK UP | PRIVATE AMBULANCE |
| RECYCLE PICK UP | BREWSTER AMBULANCES |
| U.P.S.TRUCKS | TOW TRUCKS |
| FED-EX TRUCKS | RYDER TRUCKS |
| MAIL DELIVERY REGULAR | SPECIAL NEEDS VANS |
| MAIL DELIVERY SPECIAL AND PACKAGES | KEISSLING SCHOOL VANS |

OTHER TRAFFIC USING NECK STREET:
   RUNNERS, WALKERS, JOGGERS, BICYCLES, ROLLER BLADES,SKATE
BOARDS,VISITORS TO LANE BEACH, WEBB PARK,TERN HARBOR MARINA,
WEYMOUTHPORT, EASTBAY, PUBLIC BOAT RAMP, HARBORMASTERS OFFICE AT
TERN HARBOR, FORT POINT, PROSPECT HILL, GREAT HILL, RIVER
STREET,AND MANY SIDE STREETS.

February 11, 1997

Weymouth Town Hall
Planning Board
75 Middle Street
Weymouth, Ma.

To whom it may concern:

The residents of the Neck Street and surrounding side streets, are presenting the Planning
Board with signed petitions and photographs regarding the Bare Cove Day Care Center.
These petitions include 25 signatures of residents located within the proposed locale of
this center. Many of these are citizens concerned with the conservation and preservation
of the wetlands.

We, the residents of Neck Street are trying to work together concerning the safety of the
children, the additional traffic problems and the negative impact of additional water
displacement from the sewers and the Back River, which, already in the past, have
caused considerable problems.

Thank you for your consideration regarding this matter.

January 30, 1997

## PETITION

We are residents of the area of Neck Street, River Street and Fort Point, generally. The purpose of this Petition is related to the proposed building of a day-care center on Neck Street. The Bare Cove Day Care Center will be located between 275 Neck Street and David's Island Road. The proposed building is on a dangerous street with heavy traffic, within a floodplain, and there is a constant risk of flooding in the area. We believe these factors pose unsafe conditions for the children using the facility as well as its abutting residents. Abutting residents will also be affected by water runoff problems created by developmental and environmental changes.

| NAME | ADDRESS |
|------|---------|
| Mary T. Squire | 51 Broad Reach N. Weymouth |
| | " " |
| James W. McLaurin | " " |
| Laura A. Connelly MTIA | " " |

## *PETITION*

We are the residents of Neck Street located behind the UHAUL Rental Center. The purpose of this petition is related to the proposed building of a day care center on Neck Street. The Bare Cove Day Care Center is located between 275 Neck Street and David's Island Road. The proposed building is within a flood plain. This is a dangerous street with high traffic and the constant risk of flooding. We believe this is unsafe for the children using the facility and it's abutting residents because of water run off. Please sign this petition in support of the Neck Street residents.

| *NAME* | *ADDRESS* |
|---|---|
| *[signature]* | 267 Neck St. C-10 |
| *[signature]* | 267 Neck St. C-4 |
| *[signature]* | 267 Neck St. C-8 |
| *[signature]* | 267 Neck St. C-7 |
| *[signature]* | 267 Neck St. C-5 |
| *[signature]* | 267 Neck St. C-12 |

January 30, 1997

## PETITION

We are residents of the area of Neck Street, River Street and Fort Point, generally. The purpose of this Petition is related to the proposed building of a day-care center on Neck Street. The Bare Cove Day Care Center will be located between 275 Neck Street and David's Island Road. The proposed building is on a dangerous street with heavy traffic, within a floodplain, and there is a constant risk of flooding in the area. We believe these factors pose unsafe conditions for the children using the facility as well as its abutting residents. Abutting residents will also be affected by water runoff problems created by developmental and environmental changes.

**SIGNATURE**
**NAME**                                          **ADDRESS**

| Name | Address |
|---|---|
| _(signature)_ | 587 Bridge St. No. Wey |
| _(signature)_ | 48 Frank __ __ |
| _(signature)_ | 73 Broad Reach, Wey. |
| _(signature)_ | 73 Broad Reach, N. Wey |
| _(signature)_ | 88 __ St. S. Wey MA |
| _(signature)_ | __ Virgil Adams Cir. No. Weymouth |
| _(signature)_ | 11 Fallen Tree E. Weymouth MA 02189 |
| _(signature)_ | Broad Reach North Weymouth |
| _(signature)_ | 11 Broad Reach No. Wey, MA |
| _(signature)_ | 11 Virgil Adams Circle N. Weymouth, MA |
| _(signature)_ | Rosemont St. North Weymouth MA |
| _(signature)_ | Rosemont St. North Wey MA 02191 |
| _(signature)_ | Commercial St. Wey, MA |
| _(signature)_ | 88 Clark St. S. Weymouth MA 02189 |
| _(signature)_ | 88 Clark St. S. Wey. MA |

January 6, 1997

Licensing Office
Regional Office For Children
109 RI Road
Lakeville, Ma. 02347

To whom it may concern:

My name is :              , and my residence is :
Massachusetts. This part of Neck Street is located in a Class A flood zone, or resides in a
flood plain if you prefer. A company called Searle Builders is applying for a *"Special
Permit"* (required to build within the plain because of the 100 year rule SFHA A4) to
erect a day care center on the property abutting my condominium complex.

In my opinion, this is an extremely dangerous location to provide 53 children with day
care. This side of Neck Street affords just one way in and out and is heavily traveled
now. It is very difficult for the residence of 267-275 to exit onto Neck Street at this time.
Several auto accidents have resulted from excess speed of the motorists exiting from
route 3A. The hours of operation for the center are 7:00AM -7:00PM Monday - Friday,
the exact hours of the heaviest traffic on the street. During the summer, we experience
additional traffic from the boaters and beach people.

On several occasions, flooding occurred from the sewerage system backing up into the
drains and onto the street. As you are aware, New England, experienced its wettest year
in history during 1996, and the ground is saturated presently, and run off is constant. If
this rainy trend continues, surely we will experience flooding in the spring. As it is now,
a large puddle forms on the street next to this property and covers the entire road. During
the winter, this freezes and we have a glacier. Will this property and area be able to
absorb the increase of water necessary for 53 children, I'm not sure. What hazard will
this additional burden present to the children of the center and the abutters?

Recently, a !                        : was struck by an auto December 14, 1996.
       has lived here for at least 2 decades. It is well known, that a '        :rosses the
street but was never the less struck and seriously injured. What prevents an unhappy
child from running into the street after his parent drops him off, nothing. This is a very
small piece of land to be building such a large structure. I'm enclosing a copy of the
proposed day care center for your convenience.

I understand, that day care centers are protected and I think that is wonderful. I believe that the safety of the children must be considered first and foremost. I've resided here for 13 years and I still worry about my cats. If conditions occur, I make it a point to be home should they require moving. Now these are cats who can defend for themselves, but children can't. I think parents should be aware of the conditions that this area experiences. We can do nothing about the moons and seasons, but we can control the safety of our children. I would hope that you take all of this into consideration and not grant a license to the investors of the property known as block 13, lot 24.

Yours truly,

cc: Governor William Weld
    Senator Robert Hedlund

Weymouth Planning Board meeting to be held on Monday, February 10 <u>has been **postponed to**</u>:

**Monday, February 24, 1997**
**9:00 P.M.**
**Weymouth Town Hall**
**75 Middle St., Weymouth**

This public meeting concerns a proposed day care center (53 children at a time, varying programs throughout the day would increase the possible number of children considerably once the center is running at maximum capacity)to be built at the corner of Neck St. and David's Island Rd. The property is located in the <u>flood plain</u>. Other considerations are an increase to <u>traffic</u>, <u>safety</u> of children during <u>drop off and pick up</u>, <u>parking</u> of vehicles as well as increasing the usage of an already overburdened sewer system.

# Please be there on Feb. 24!!!

LOT 2A

① – PROPOSED PARKING SPACE    10' x 20'
&. – HANDICAP PARKING SPACE    12' x 20'

NOTES:

1.) ZONING DISTRICT:  R-1, OVERLAY DISTRICT:  FLOODPLAIN.

2.) ASSESSORS MAP 5, BLOCK 13, LOT 24

3.) BENCHMARK—HYDRANT SPINDLE AT NECK ST. & LOVELL ST.
    ELEV.=22.38 TOWN OF WEYMOUTH BASE.

4.) FEMA 100 YEAR FLOOD ELEVATION=17.83 WEYMOUTH BASE, (±2 MSL)

5.) PROPERTY LINE INFORMATION FROM PLAN ENTITLED
    "SUBDIVISION PLAN OF LAND NECK STREET WEYMOUTH, MASS.
    SCALE 1"=40' DATED JULY 26,1995 BY C. F. ARNOLD ASSOCIATES Inc
    WEYMOUTH, MA."

6.) TOPOGRAPHIC INFORMATION COMPILED FROM FIELD & RECORD INFORMATION.

PROPERTY OWNER:
Turnpike Realty Co. Inc.
P.O. Box 98
Weymouth, MA

APPLICANT:
Searles Building Inc.
Belmont Street
Brockton, MA  02401

## *MEMORANDUM*

**TO:**          **ALL SALTWATER CREEK OWNERS**

**FROM:**

**RE:**          **Proposed day care**

**DATE:**     **December 21, 1996**

As most everyone is aware, Searles Builders is applying for a special building permit on the property located next to us. The intended use of this structure is day care. A new state law protects day care centers by allowing them into residential areas. I believe that this is an excellent idea but in the wrong location. Further, we are located on a flood plane, which is a serious problem for it's potential clients, children. If I were a parent, I would worry about my child during a storm. We can do nothing to prevent seasons or the moons, but we can control where we leave our children. Silly as this may sound, I worry about my cats and they are more capable of caring for themselves than children.

We somehow need to make these investors aware of how dangerous this location really is. In the summer, we have extra traffic from the beach and boaters. In 1996, New England experienced its wettest year in history. It remains to be seen what this winter brings in terms of water. Since the ground is already saturated, if we have any snow at all, we will surely experience flooding in the spring. Most people are unaware of how we actually flood around here. Most of the flooding occurs via the sewer system and not the river as suggested. As it is now, a large puddle forms on the street next to this property. Will this property and area be able to absorb the increase of water necessary for 53 children, I'm not sure.

Something else that comes to mind is the fact that a b            was recently struck by a car on Neck St. and      resides in this neighborhood. What prevents a child from running after his mother and out into the street nothing. Will the mothers understand what they might encounter for conditions on Neck Street, not unless they live here they won't. A final issue, will the state even grant a license for a day care in a flood plane, I'm not certain. If the license isn't issued what happens to the building upon completion?

We all need to work together to prevent this building from happening. I intent to do my part but need some help. If anyone is interested in working with me, please contact me at            . The next meeting scheduled for this site is January 13th at 7:45PM and everyone should attend.

*HAPPY HOLIDAYS*