UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2006 MAR 13 P 4:58

Robert J. Campbell,
*Plaintiff,*

V.

Town of Weymouth, et al
*Defendants*

CIVIL ACTION
U.S. DISTRICT COURT
DISTRICT OF MASS.

### DOCUMENTS AFFIDAVIT IN SUPPORT OF PLAINTIFFS OPPOSITION TO DEFENDANTS TOWN OF WEYMOUTH, DILLON, {M.S.} RYAN, ABBOTT, LYNCH, CLARKE, COATES, MCELROY, O'BRIEN, FOLEY, JOYCE, ELKERTON, NASUTI and {Wm} RYAN'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT

The plaintiff Robert J. Campbell, ["Campbell"] humbly submits the attached Documents Affidavit in support of the Plaintiffs Opposition To Defendants Town Of Weymouth, Paul Dillon, Mary Sue Ryan, Susan Abbott, Paul Lynch, James Clarke, Jeffrey Coates, Mary McElroy, Francis O'Brien, Edward Foley, Martin Joyce, Stanley Elkerton, Michael Nasuti and William Ryan's Motion to Dismiss Second Amended Complaint.

The plaintiff respectfully requests that This Court consider the enclosed Documents Affidavit with regards to the Plaintiffs opposition the Defendants' Motion to Dismiss the Second Amended Complaint. To the best of my knowledge, the enclosed documents are true copies or original documents.

Signed and sworn to under the pains and penalties of perjury.

Respectfully Submitted,

_____
Robert J. Campbell,
Plaintiff, Pro Se
50 Squanto Road
North Weymouth, MA 02191

Dated March 13, 2006

Pc: William P. Breen, Jr., Esq.
    Murphy, Hesse, Toomey & Lehane, LLP
    300 Crown Colony Dr., Ste 410
    Quincy, MA 02169

    George E. Lane, Jr., Esq.
    87 Broad St.
    Weymouth, MA 02188

Gregory F. Galvin, Esq.
775 Pleasant St., Unit 16
E. Weymouth, MA 02189

Stephen C. Warneck, Esq.
350 Lincoln St., Ste 2400
Hingham, MA 02043

### CERTIFICATE OF SERVICE

I hereby certify on this day that a true copy of the enclosed document was served upon the defendant(s) by U.S. Mail/Fax/Hand Delivery.

Date: 3/13/06

_____
Robert J. Campbell,
Plaintiff, Pro Se
50 Squanto Road
North Weymouth, MA 02191
PH(781)335-4362

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CLERK'S NOTICE

This document can not be scanned due to its size, or the way in which it was bound.

The original is available for viewing in the Clerk's Office.