UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: <u>05-10620-WGY</u>

ROBERT CAMPBELL
Plaintiff

v.

TOWN OF WEYMOUTH, ET AL
Defendant

<u>ORDER OF DISMISSAL</u>

<u>YOUNG,D.J.</u>

After a hearing held on   3/16/06   ,this Court Orders that Defendants' Motions to Dismiss are Allowed  without prejudice as to conspiracy ,otherwise with prejudice as to all other claims and the above entitled action be and hereby is Dismissed.

Sarah A. Thornton
Clerk

By:   /s/ Elizabeth Smith
Deputy Clerk

March 17, 2006

Notice mailed to counsel of record.