UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CLERKS OFFICE

2006 APR -7 P 4: 50

U.S. DISTRICT COURT
DISTRICT OF MASS.

CIVIL ACTION
NO. 05-10620-WGY

Robert J. Campbell,                           )
                                              )
V.                                            )
                                              )
Town of Weymouth, and                         )
Paul M. Dillon, Mary Sue Ryan,                )
Susan Abbott, Paul F. Lynch, individually     )
and as members of the Weymouth Planning       )
Board, and James Clarke individually and      )
as Director of Planning and Community         )
Development, and Jeffrey R. Coates,           )          **NOTICE OF APPEAL**
individually and as Director of Municipal     )
Liens and Licenses, and Mary S. McElroy,      )
Francis O'Brien, Edward Foley, Martin Joyce,  )
individually and as members of the Weymouth   )
Board of Zoning Appeals, and                  )
Officer Michael Nasuti, individually and as a )
member of the Weymouth Police Department,     )
and Sandra Gildea, and Ruth S. Amos,          )
individually, and William Ryan, individually  )
and as a member of the Weymouth Board of      )
Selectmen                                     )
                            *Defendants*      )

Notice is hereby given that Robert J. Campbell, Plaintiff in the above named case, hereby

appeals to the United States Court of Appeals for the First Circuit for relief from the

Order to Dismiss the Plaintiff's civil rights claims under Title 42 U.S.C. §1983, with

prejudice, entered in this action on the seventeenth (17th) day of March, 2006.

Robert J. Campbell
Plaintiff, Pro Se
50 Squanto Road
North Weymouth, MA 02191
Telephone (781) 335-4362

Dated April 7, 2006

## CERTIFICATE OF SERVICE

I hereby certify on this day that a true copy of the enclosed document was served upon the Defendant(s) by U.S. Mail First Class.

Date: 4/7/06

Robert J. Campbell,
Plaintiff, Pro Se
50 Squanto Road
North Weymouth, MA 02191
(781)335-4362

Pc: William P. Breen, Jr., Esq.
Murphy, Hesse, Toomey & Lehane, LLP
300 Crown Colony Dr., Ste 410
Quincy, MA 02169

George E. Lane, Jr., Esq.
87 Broad St.
Weymouth, MA 02188

Gregory F. Galvin, Esq.
775 Pleasant St., Unit 16
E. Weymouth, MA 02189

Stephen C. Warneck, Esq.
350 Lincoln St., Ste 2400
Hingham, MA 02043