# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name __CAMPBELL v TOWN OF WEYMOUTH, ET AL.__

District Court Case No. __05-CV-10620-WGY__   District of __MASSACHUSETTS__

Date Notice of Appeal filed __4-7-06__   Court of Appeals Case No. __06-1575__

Form filed on behalf of __APPELLANT - PLAINTIFF (PRO SE)__

FILED IN OFFICE OF CLERK 2006 APR 13 P 4:57 U.S. DISTRICT COURT DISTRICT OF MASS.

## TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal _____

Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary) _____

## TRANSCRIPT ORDER

Name of Court Reporter __DONALD E. WOMACK__

Phone Number of Reporter __NONE AVAILABLE__    EMAIL - __WOMACK@MEGATRAN.COM__

A. ✓ **This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:**

| PROCEEDING(S) | HEARING DATE(S) |
|---|---|
| ☐ Jury Voir dire | |
| ☐ Opening Statement (plaintiff) | |
| ☐ Opening Statement (defendant) | |
| ☐ Trial | |
| ☐ Closing Argument (plaintiff) | |
| ☐ Closing Argument (defendant) | |
| ☐ Findings of Fact/Conclusions of Law | |
| ☐ Jury Instructions | |
| ☐ Change of Plea | |
| ☐ Sentencing | |
| ☐ Bail hearing | |
| ☑ Pretrial proceedings (specify) __MOTIONS TO DISMISS__ | __MARCH 16, 2006__ |
| ☐ Testimony (specify) | |
| ☐ Other (specify) | |

NOTE: Failure to specify in adequate detail those proceedings to be transcribed may lead to the rejection of this form and the dismissal of the appeal.

B. ✓ **I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:**

☑ Private funds.
☐ Government expense (civil case). IFP has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)
☐ Criminal Justice Act. A CJA Form 24 has been approved by the district court judge.
☐ Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.
☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name __ROBERT J. CAMPBELL__   Filer's Signature __Robert J. Campbell__

Firm/Address __50 SQUANTO RD. N. WEYMOUTH, MA 02191__

Telephone number __(781) 335-4362__   Date mailed to court reporter __4-13-06__

(Court Reporter Use ONLY) Date received _____

Form CA1-10 (3/1/04)    SEE INSTRUCTIONS ON REVERSE

## CERTIFICATE OF SERVICE

I hereby certify on this day that a true copy of the enclosed document was served upon the Defendant(s) by U.S. Mail First Class.

Date: 4/13/06

Robert J. Campbell,
Appellant-Plaintiff, (Pro Se)
50 Squanto Road
North Weymouth, MA 02191
(781)335-4362

Pc: William P. Breen, Jr., Esq.
Murphy, Hesse, Toomey & Lehane, LLP
300 Crown Colony Dr., Ste 410
Quincy, MA 02169

George E. Lane, Jr., Esq.
87 Broad St.
Weymouth, MA 02188

Gregory F. Galvin, Esq.
775 Pleasant St., Unit 16
E. Weymouth, MA 02189

Stephen C. Warneck, Esq.
350 Lincoln St., Ste 2400
Hingham, MA 02043