UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT J. CAMPBELL, et al., )<br>      Plaintiffs )<br>)<br>v. )<br>)<br>TOWN OF WEYMOUTH, et al., )<br>      Defendants. )<br>) | CIVIL ACTION NO. 05-10620-WGY |

## NOTICE OF CHANGE OF ADDRESS

Notice is hereby given that legal counsel for Defendants, Town of Weymouth, Paul M. Dillon, Mary Sue Ryan, Susan Abbott, Paul F. Lynch, James Clarke, Jeffrey R. Coates, Mary S. McElroy, Francis O'Brien, Edward Foley, Martin Joyce, Stanley Elkerton, Michael Nasuti and William Ryan, has changed his address as follows:

William P. Breen, Jr., Esq.
Eckert Seamans Cherin & Mellott, LLC
One International Place, 18th Floor
Boston, MA  02110-2602
Telephone (617) 342-6887
Fax (617) 342-6899
E-Mail:  wbreen@eckertseamans.com

                       Respectfully submitted,

                       /s/ William P. Breen, Jr.
                       William P. Breen, Jr., BBO #558768
                       ECKERT, SEAMANS, CHERIN & MELLOTT, LLC
                       One International Place
                       Boston, MA 02110
                       (617) 342-6800

Dated:  May 10, 2006

{K0324966.1}

2

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 10, 2006.

/s/ William P. Breen, Jr.

{K0324966.1}

2