### UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

---

USDC Docket Number :  CA 05-10620-WGY

ROBERT  J.  CAMPBELL

v.

TOWN  OF  WEYMOUTH

---

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1  -  44

and contained in Volume(s)    1   and 2 are the original or electronically filed   pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on  April 7, 2006 .

In testimony whereof, I hereunto set my hand and affix the seal of this Court on May 11, 2006.

Sarah A Thornton, Clerk of Court

By:

Catherine M. Gawlik, Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court  of Appeals

---

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED:       _____

- 3/06

APPEAL

## United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:05-cv-10620-WGY

Campbell et al v. The Town of Weymouth et al
Assigned to: Judge William G. Young
Cause: 42:1983 Civil Rights Act

Date Filed: 03/14/2005
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Robert J. Campbell**

represented by **Robert J. Campbell**
50 Squanto Road
North Weymouth, MA 02191
781-335-4362
PRO SE

**Plaintiff**

**The Campbell Family Investment Trust**
*TERMINATED: 10/14/2005*

represented by **The Campbell Family Investment Trust**
PRO SE

**Edward P. Clancy**
Law Office of Drew M. Elinoff
1382 Pleasant St.
East Weymouth, MA 02189
781-337-2067
Fax: 781-337-5604
Email: epclaw@comcast.net
*TERMINATED: 08/19/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**The Town of Weymouth**

represented by **William P Breen, Jr.**
Eckert Seamans Cherin & Mellott, LLC

One International Place, 18th Floor
Boston, MA 02110
617.342.6800
Fax: 617.342.6899
Email: wbreen@eckertseamans.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Paul M. Dillon**
*individually and as a member of the*
*Weymouth Planning Board*

represented by **William P Breen, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mary Sue Ryan**
*individually and as a member of the*
*Weymouth Planning Board*

represented by **William P Breen, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Susan Abbott**
*individually and as a member of the*
*Weymouth Planning Board*

represented by **William P Breen, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Paul F. Lynch**
*individually and as a member of the*
*Weymouth Planning Board*

represented by **William P Breen, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**James Clarke**
*individually and as Director of*
*Planning and Community Development*

represented by **William P Breen, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jeffrey R. Coates**
*indivually and as Director of Municipal*
*Leans and Licenses*

represented by **William P Breen, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mary S. McElroy**
*indivdually and as a member of the*
*Weymouth Board of Zoning Appeals*

represented by **William P Breen, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Francis O'Brien**
*indivually and as a Member of the*
*Weymouth Board of Zoning Appeals*

represented by **William P Breen, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Edward Foley**
*individually and as a member of the*
*Weymouth Board of Zoning Appeals*

represented by **William P Breen, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Martin Joyce**
*individually and as a member of the*
*Weymouth Board of Zoning Appeals*

represented by **William P Breen, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Stanley Elkerton**
*individually and as a member of the*
*Weymouth Zoning Board of Appeals*

represented by **William P Breen, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Officer Michael Nasuti**
*individually and as a Weymouth Police*
*Department*

represented by **William P Breen, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sarah Gildea**
*individually*

represented by **Stephen C. Warneck**
Warneck Law Offices
350 Lincoln St., Suite 2400
Hingham, MA 02043
781-740-1115
Fax: 781-740-1145
Email: steve@warnecklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ruth S. Amos**
*individually*

represented by **Gregory F. Galvin**
775 Pleasant Street
Unit 16
Weymouth, MA 02189
781-340-5335
Fax: 781-340-5665
Email: ggalvin@gregorygalvin.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**William Ryan**
*individually and as a member of the*
*Weymouth Board of Selectmen*

represented by **William P Breen, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**The Campbell Family Investment
Trust**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/14/2005 | 1 | MOTION for Leave to Proceed in forma pauperis by Robert J. Campbell. (Jenness, Susan) (Entered: 03/30/2005) |
| 03/14/2005 | 2 | COMPLAINT against James Clarke, Jeffrey R. Coates, Mary S. McElroy, Francis O'Brien, Edward Foley, Edward Foley, Martin Joyce, Stanley Elkerton, Michael Nasuti, Sarah Gildea, Ruth S. Amos, William Ryan, The Campbell Family Investment Trust, The Town of Weymouth, Paul M. Dillon, Mary Sue Ryan, Susan Abbott, Paul F. Lynch Filing fee: $ 0.00, receipt number 0.00, filed by Robert J. Campbell. (Attachments: # 1 Civil Cover Sheet)(Jenness, Susan) (Entered: 03/30/2005) |
| 03/14/2005 | ● | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Dein. (Jenness, Susan) (Entered: 03/30/2005) |
| 05/24/2005 | 3 | MOTION for Leave to Proceed in forma pauperis by Robert J. Campbell. (Jenness, Susan) (Entered: 05/26/2005) |
| 05/24/2005 | 4 | MOTION for Leave to File an amended complaint by Robert J. Campbell.(Jenness, Susan) (Entered: 05/26/2005) |
| 05/24/2005 | 5 | STATEMENT of facts re 4 MOTION for Leave to File. (Jenness, Susan) (Entered: 05/26/2005) |
| 05/24/2005 | 6 | FIRST AMENDED COMPLAINT against James Clarke, Jeffrey R. Coates, Mary S. McElroy, Francis O'Brien, Edward Foley, Edward Foley, Martin Joyce, Stanley Elkerton, Michael Nasuti, Sarah Gildea, Ruth S. Amos, William Ryan, The Town of Weymouth, Paul M. Dillon, Mary Sue Ryan, Susan Abbott, Paul F. Lynch, filed by Robert J. Campbell.(Jenness, Susan) Modified on 6/27/2005 to add the word "First" (per #9) (Greenberg, Rebecca). (Entered: 05/26/2005) |
| 05/24/2005 | 7 | STATEMENT of damages. (Jenness, Susan) (Entered: 05/26/2005) |
| 05/24/2005 | 8 | Cover Letter/request (non-motion) from R.J. Campbell. (Jenness, Susan) (Entered: 05/26/2005) |
| 06/13/2005 | ● | Judge William G. Young : Electronic ORDER entered granting 3 Motion for Leave to Proceed in forma pauperis, granting 4 Motion for Leave to File Amended Complaint. cc/cl. (Bell, Marie) (Entered: 06/13/2005) |
| 06/24/2005 | 9 | Judge William G. Young : MEMORANDUM AND ORDER entered: Robert J. Campbell's Motion For Leave to Amend the Complaint is granted; the clerk is directed to file the Amended Complaint as the "First Amended Complaint" (see #6); 2. Robert J. Campbell's Application to Proceed Without Prepayment of Fees is denied without prejudice, and |

|  |  | Campbell may submit a new application containing a detailed financial statement along with his show cause statement within 35 days of the date of this Memorandum and Order; 3. This action shall be dismissed unless Plaintiff(s) show good cause within thirty-five (35) days of the date of this Memorandum and Order why the claims should not be dismissed for the reasons stated herein; 4. The Campbell Family Investment Trust is dismissed as a Co-Plaintiff in this action, without prejudice, for failure to pay the filing fee and for failure to sign the complaint. The Trustee's Application to Proceed Without Prepayment of Fees is denied; and 5. Robert J. Campbell's request to expunge his criminal record is denied. (Greenberg, Rebecca) (Entered: 06/27/2005) |
|---|---|---|
| 08/01/2005 | 10 | RESPONSE TO ORDER TO SHOW CAUSE by Robert J. Campbell. (Bell, Marie) (Entered: 08/03/2005) |
| 08/01/2005 | 11 | NOTICE of Appearance by Edward P. Clancy on behalf of The Campbell Family Investment Trust (Bell, Marie) (Entered: 08/03/2005) |
| 08/01/2005 | 12 | SECOND AMENDED COMPLAINT against all defendants, filed by Robert J. Campbell. (Attachments: # 1 Pages 17-32)(Bell, Marie) (Entered: 08/03/2005) |
| 08/01/2005 | 13 | APPLICATION TO Proceed in forma pauperis by Robert J. Campbell with attachments.(Bell, Marie) (Entered: 08/03/2005) |
| 08/18/2005 | | Judge William G. Young : Electronic ORDER entered re: 13 Motion for Leave to Proceed in forma pauperis.THE APPLICATION TO PROCEED IN FORMA PAUPERIS IS DENIED AS TO BOTH PLAINTIFFS. ACCORDINGLY, THIS CASE WILL BE DISMISSED FOR FAILURE TO EXHAUST POST-DEPRIVATION REMEDIES UNDER STATE LAW UNLESS THE FILING FEE IS PAID WITHIN 20 DAYS OF THE DATE OF THIS ORDER. cc/cl. (Bell, Marie) (Entered: 08/19/2005) |
| 08/19/2005 | | Judge William G. Young : Electronic ORDER VACATING ELECTRONIC ORDER entered: Upon further considering of the pleadings filed to date, it is hereby ORDERED that the electronic Order with respect to the Motion for Leave to Proceed in forma pauperis (entered on August 18, 2005) is VACATED, and that Order is superseded by the Memorandum and Order dated August 19, 2005. (PSSA) (Entered: 08/19/2005) |
| 08/19/2005 | 14 | Judge William G. Young : MEMORANDUM AND ORDER entered: Campbell's renewed Application to proceed without prepayment of fees (#13) is denied; Campbell shall pay the $125.00 apportioned filing fee within thirty-five (35) days; failing which this action shall be dismissed; Campbell may not amend the Second Amended Complaint absent leave of Court upon a showing of good cause for further amendment; If Campbell pays the filing fee, summonses shall issue. The Court will not authorize free service of process by the United States Marshal.The Notice of Appearance filed by Attorney Edward P. Clancy (#11) is Stricken, without prejudice; The Campbell Family Investment Trust shall be |

| | | dismissed as a co-plaintiff in this action unless, within thirty-five (35) days, (a) a Notice of Appearance by duly-licensed counsel representing the Trust is filed which comports with this Order; and (b) the Trust pays the $125.00 apportioned filing fee.(PSSA) (Entered: 08/19/2005) |
|---|---|---|
| 09/21/2005 | ❹ | Filing fee: $ 250.00, receipt number 66979 regarding Filing of Complaint (Bell, Marie) (Entered: 09/26/2005) |
| 09/27/2005 | ❹ | Summons Issued as to James Clarke, Jeffrey R. Coates, Mary S. McElroy, Francis O'Brien, Edward Foley, Martin Joyce, Stanley Elkerton, Michael Nasuti, Sarah Gildea, Ruth S. Amos, William Ryan, The Town of Weymouth, Paul M. Dillon, Mary Sue Ryan, Susan Abbott, Paul F. Lynch. (Bell, Marie) (Entered: 09/27/2005) |
| 10/14/2005 | ❹15 | Judge William G. Young : MEMORANDUM AND ORDER entered: For failure of the Trust to comply with the directives contained in the August 19, 2005 Memorandum and Order, it is hereby ORDERED that the Campbell Family Investment Trust is dismissed as a party to this action, without prejudice. If the Campbell Family Investment Trust seeks to litigate the claims presented in this action, it must file a new Complaint and pay the $250.00 filing fee for filing civil actions, and it must be represented by duly licensed counsel appearing on behalf of the Trust. (PSSA1) (Entered: 10/14/2005) |
| 02/03/2006 | ❹16 | AFFIDAVIT OF SERVICE Executed by Robert J. Campbell. James Clarke served on 1/17/2006, answer due 2/6/2006; Jeffrey R. Coates served on 1/28/2006, answer due 2/17/2006; Mary S. McElroy served on 1/17/2006, answer due 2/6/2006; Francis O'Brien served on 1/13/2006, answer due 2/2/2006; Edward Foley served on 1/25/2006, answer due 2/14/2006; Martin Joyce served on 1/17/2006, answer due 2/6/2006; Stanley Elkerton served on 1/31/2006, answer due 2/21/2006; Michael Nasuti served on 1/14/2006, answer due 2/3/2006; Sarah Gildea served on 1/17/2006, answer due 2/6/2006; Ruth S. Amos served on 1/13/2006, answer due 2/2/2006; William Ryan served on 1/13/2006, answer due 2/2/2006; The Town of Weymouth served on 1/17/2006, answer due 2/6/2006; Paul M. Dillon served on 1/19/2006, answer due 2/8/2006; Mary Sue Ryan served on 1/13/2006, answer due 2/2/2006; Susan Abbott served on 1/13/2006, answer due 2/2/2006; Paul F. Lynch served on 1/13/2006, answer due 2/2/2006. Acknowledgement filed by Robert J. Campbell. (Attachments: # 1 Summons as to Mr. James Clarke# 2 Summons as to Sandra Gildea# 3 Summons as to Ruth Sandra Amos# 4 Summons as to Officer Michael Nasuti# 5 Summons as to Martin Joyce# 6 Summons as to Edward Foley# (7) Summons as to Francis O'Brien# 8 Summons as to Mary S. McElroy# 9 Summons as to Paul F. Lynch# 10 Summons as to Susan Abbott# 11 Summons as to Mary Sue Ryan# 12 Summons as to William Ryan# 13 Summons as to Paul M. Dillon# 14 Summons as to Franklin Fryer)(Paine, Matthew) (Entered: 02/06/2006) |
| 02/06/2006 | ❹17 | NOTICE of Appearance by Stephen C. Warneck on behalf of Sarah Gildea (Warneck, Stephen) (Entered: 02/06/2006) |
| 02/06/2006 | ❹18 | Assented to MOTION for Extension of Time to February 27, 2006 to |

| | | |
|---|---|---|
| | | Answer or Otherwise Respond to Second Amended Complaint by Sarah Gildea.(Warneck, Stephen) (Entered: 02/06/2006) |
| 02/06/2006 | 19 | NOTICE of Appearance by William P Breen, Jr on behalf of James Clarke, Jeffrey R. Coates, Mary S. McElroy, Francis O'Brien, Edward Foley, Martin Joyce, Stanley Elkerton, Michael Nasuti, William Ryan, The Town of Weymouth, Paul M. Dillon, Mary Sue Ryan, Susan Abbott, Paul F. Lynch (Breen, William) (Entered: 02/06/2006) |
| 02/06/2006 | 20 | MOTION for Extension of Time to February 26, 2006 to Respond to Second Amended Complaint by James Clarke, Jeffrey R. Coates, Mary S. McElroy, Francis O'Brien, Edward Foley, Martin Joyce, Stanley Elkerton, Michael Nasuti, William Ryan, The Town of Weymouth, Paul M. Dillon, Mary Sue Ryan, Susan Abbott, Paul F. Lynch.(Breen, William) (Entered: 02/06/2006) |
| 02/07/2006 | ❑ | Judge William G. Young : Electronic ORDER entered GRANTING 18 Motion for Extension of Time to February 27, 2006 to Answer or Otherwise Respond to the Complaint by Sarah Gildea and GRANTING 20 Motion for Extension of Time to February 26, 2006 to Respond to Second Amended Complaint by James Clarke, Jeffrey R. Coates, Mary S. McElroy, Francis O'Brien, Edward Foley, Martin Joyce, Stanley Elkerton, Michael Nasuti, William Ryan, The Town of Weymouth, Paul M. Dillion, Mary Sue Ryan, Susan Abbott, and Paul Lynch. (Paine, Matthew) (Entered: 02/07/2006) |
| 02/07/2006 | 21 | MOTION to DISMISS by Defendant Ruth S. Amos Under Federal Rules of Civil Procedure, Rule 12(b)(6) and in Accordance with MGL c231, 59H by Ruth S. Amos.(Paine, Matthew) (Entered: 02/08/2006) |
| 02/08/2006 | ❑ | Letter sent to Attorney Gregory F. Galvin advising of inactive status in the Bar of this Court. Notice, re-registration, and ECF application included. (Paine, Matthew) (Entered: 02/08/2006) |
| 02/08/2006 | 22 | NOTICE issued to Attorney Gregory F. Galvin regarding mandatory use of ECF in compliance with Local Rule 5.4. Failure to comply may result in the imposition of sanctions. (Paine, Matthew) (Entered: 02/08/2006) |
| 02/17/2006 | 23 | Further Proof of Service filed by Robert J. Campbell. (Attachments: # 1 Exhibit)(Paine, Matthew) (Entered: 02/22/2006) |
| 02/17/2006 | 24 | SUMMONS Returned Executed as to Stanley Elkerton. (Paine, Matthew) (Entered: 02/22/2006) |
| 02/17/2006 | 25 | SUMMONS Returned Executed as to Jeffrey R. Coates. (Paine, Matthew) (Entered: 02/22/2006) |
| 02/23/2006 | ❑ | NOTICE of Hearing on Motion 21 MOTION to Dismiss: Motion Hearing set for 3/16/2006 02:00 PM in Courtroom 18 before Judge William G. Young. cc/cl(Smith, Bonnie) (Entered: 02/23/2006) |
| 02/24/2006 | 31 | MOTION to Amend Complaint to Conform to the Evidence in Accordance with Federal Rules of Civil Procedure, Rule 15(b) and PLAINTIFF'S OPPOSITION to Defendant Amos' Motion to Dismiss by |

| | | Robert J. Campbell.(Paine, Matthew) (Entered: 02/28/2006) |
|---|---|---|
| 02/24/2006 | ●32 | AFFIDAVIT in Support of Plaintiff's MOTION 31 to Amend Complaint filed by Robert J. Campbell. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 Exhibit J# 11 Exhibit K# 12 Exhibit L# 13 Exhibit M# 14 Exhibit N# 15 Exhibit O# 16 Exhibit P# 17 Exhibit Q# 18 Exhibit R# 19 Exhibit S)(Paine, Matthew) (Entered: 02/28/2006) |
| 02/26/2006 | ●26 | MOTION to Dismiss by James Clarke, Jeffrey R. Coates, Mary S. McElroy, Francis O'Brien, Edward Foley, Martin Joyce, Stanley Elkerton, Michael Nasuti, William Ryan, The Town of Weymouth, Paul M. Dillon, Mary Sue Ryan, Susan Abbott, Paul F. Lynch.(Breen, William) (Entered: 02/26/2006) |
| 02/26/2006 | ●27 | MEMORANDUM in Support re 26 MOTION to Dismiss filed by James Clarke, Jeffrey R. Coates, Mary S. McElroy, Francis O'Brien, Edward Foley, Martin Joyce, Stanley Elkerton, Michael Nasuti, William Ryan, The Town of Weymouth, Paul M. Dillon, Mary Sue Ryan, Susan Abbott, Paul F. Lynch. (Breen, William) (Entered: 02/26/2006) |
| 02/27/2006 | ● | ELECTRONIC NOTICE of Hearing on Motion 26 MOTION to Dismiss: Motion Hearing set for Thur. 3/16/2006 02:00 PM in Courtroom 18 before Judge William G. Young. Opposition is due by 3/13/06. cc/cl (Smith, Bonnie) (Entered: 02/27/2006) |
| 02/27/2006 | ●28 | MOTION to Dismiss by Sarah Gildea.(Warneck, Stephen) (Entered: 02/27/2006) |
| 02/27/2006 | ●29 | MEMORANDUM in Support re 28 MOTION to Dismiss filed by Sarah Gildea. (Warneck, Stephen) (Entered: 02/27/2006) |
| 02/27/2006 | ●30 | PLaintiff's Request for Notice of Default Against Defendant Gildea. (Paine, Matthew) (Entered: 02/28/2006) |
| 02/28/2006 | ● | NOTICE of Hearing on Motion 28 MOTION to Dismiss: Motion Hearing set for 3/16/2006 02:00 PM before Judge William G. Young. Opposition is due by 3/13/06. cc/cl(Smith, Bonnie) (Entered: 02/28/2006) |
| 02/28/2006 | ●33 | Objection to 30 Request for notice of default by Sarah Gildea. (Warneck, Stephen) (Entered: 02/28/2006) |
| 03/06/2006 | ●34 | Plaintiff's Voluntary Withdrawl of Request for Default 30 Against Defendant Gildea by Robert J. Campbell. (Paine, Matthew) (Entered: 03/07/2006) |
| 03/13/2006 | ●35 | Plaintiff's Voluntary MOTION to Dismiss Defendant Elkerton by Robert J. Campbell.(Paine, Matthew) (Entered: 03/14/2006) |
| 03/13/2006 | ●36 | Plaintiff's Opposition to Defendant Gildea's MOTION 28 to Dismiss the Second Amended Complaint filed by Robert J. Campbell. (Paine, Matthew) (Entered: 03/14/2006) |
| 03/13/2006 | ●37 | AFFIDAVIT in Support of Plaintiff's Opposition 36 to Defendant |

| | | Gildea's Motion 28 to Dismiss the Second Amended Complaint by Robert J. Campbell. (Attachments: # 1 Exhibit Part 1 of 3# 2 Exhibit Part 2 of 3# 3 Exhibit Part 3 of 3)(Paine, Matthew) (Entered: 03/14/2006) |
|---|---|---|
| 03/13/2006 | 38 | Plaintiff's Opposition to Defendants Town of Weymouth, Dillon, {M.S.} Ryan, Abbott, Lynch, Clarke, Coates, McElroy, O'Brien, Foley, Joyce, Elkerton, Nasuti and {Wm} Ryan's MOTION 26 to Dismiss the Second Amended Complaint filed by Robert J. Campbell. (Paine, Matthew) (Entered: 03/14/2006) |
| 03/13/2006 | 39 | AFFIDAVIT in Support of Plaintiff's Opposition 38 to Defendants Town of Weymouth, Dillon, {M.S.} Ryan, Abbott, Lynch, Clarke, Coates, McElroy, O'Brien, Foley, Joyce, Elkerton, Nasuti and {Wm} Ryan's Motion 26 to Dismiss the Second Amended Complaint by Robert J. Campbell. (Attachments: # 1 Exhibits)(Paine, Matthew) (Entered: 03/14/2006) |
| 03/16/2006 | | ElectronicClerk's Notes for proceedings held before Judge William G. Young : Motion Hearing held on 3/16/2006 re 26 MOTION to Dismiss filed by Paul M. Dillon,, James Clarke,, Edward Foley,, William Ryan,, The Town of Weymouth,, Mary Sue Ryan,, Susan Abbott,, Paul F. Lynch,, Jeffrey R. Coates,, Mary S. McElroy,, Francis O'Brien,, Martin Joyce,, Stanley Elkerton,, Michael Nasuti,, 21 MOTION to Dismiss filed by Ruth S. Amos,, 28 MOTION to Dismiss filed by Sarah Gildea,. The court inquires of pro se plainitff if he wishes to get an attorney. Plaintiff does want to try but also wants the court to proceed with the scheduled hearing. The Court advises pro se plaintiff of the complexities of representing himself and the plaintiff acknowleges this and wishes to proceed with the hearing. After hearing the Court Dismisses the claim as to conspiracy without prejudice and Dismisses all other claims with prejudice. The plaintiff may file a motion for leave to amend the complaint re: conspiracy. Motions to Dismiss are Allowed. (Court Reporter Womack.) (Smith, Bonnie) (Entered: 03/17/2006) |
| 03/17/2006 | 40 | Judge William G. Young : ORDER entered. ORDER DISMISSING CASE(Smith, Bonnie) (Entered: 03/17/2006) |
| 04/07/2006 | 41 | NOTICE OF APPEAL by Robert J. Campbell. $ 255 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 4/27/2006. (Paine, Matthew) (Entered: 04/10/2006) |
| 04/12/2006 | | Filing fee: $ 255.00, receipt number 71730 for 41 Notice of Appeal. (Paine, Matthew) (Entered: 04/12/2006) |
| 04/13/2006 | 42 | TRANSCRIPT ORDER FORM by Robert J. Campbell for Proceedings held on March 16, 2006 before Judge William G. Young. (Paine, Matthew) (Entered: 04/14/2006) |
| 04/19/2006 | 43 | TRANSCRIPT of Motion Hearing held on March 16, 2006 before Judge Young. Court Reporter: Donald E. Womack. The original transcripts are |

| | | maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter or the Clerk's Office. (Scalfani, Deborah) (Entered: 04/19/2006) |
|---|---|---|
| 05/10/2006 | 44 | NOTICE of Change of Address by William P Breen, Jr (Breen, William) (Entered: 05/10/2006) |