UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2006 JUN 26 P 3:43

U.S. DISTRICT COURT
DISTRICT OF MASS

Robert J. Campbell,
    *Plaintiff,*

CIVIL ACTION
NO.05-10620-WGY

V.

Town of Weymouth, et al
    *Defendants*

### PLAINTIFF'S MOTION FOR LEAVE TO AMEND THE NOTICE OF APPEAL

The Plaintiff, Robert J. Campbell, humbly seeks leave to amend his Notice of Appeal, to allow the Court of Appeals for the First Circuit to address the full scope of issues presented on appeal. The Plaintiff's Notice of Appeal filed in this Court on April 7, 2006, was erroneous in that it only requested relief from the Order of Dismissal for the civil rights claims under Title 42 U.S.C. §1983.

Where this Court's Order of Dismissal dated March 17, 2006, was tersely worded as "otherwise with prejudice as to all other claims", the Plaintiff is entitled to an appeal on each of his claims, as a matter of right. Accordingly, this motion follows seeking leave to amend the error.

In support of this Motion, the Plaintiff suggests a lack of constructive knowledge of the filing requirement, terra incognita as to the appropriate terminology, and absence of prejudice to the Defendants. In the interests of justice, the Plaintiff should be allowed to amend the Notice of Appeal.

Wherefore, the Plaintiff respectfully requests that this Honorable Court allow this Motion and grant leave to file the Amended Notice of Appeal.

Humbly submitted,

_____
Robert J. Campbell
Plaintiff, Pro Se
50 Squanto Road
North Weymouth, MA 02191
Telephone (781) 335-4362

Dated June 26, 2006

## CERTIFICATE OF SERVICE

I hereby certify on this day that a true copy of the enclosed document was served upon the Defendant(s) by U.S. Mail First Class.

Date: 6/26/06

Robert J. Campbell,
Plaintiff, Pro Se
50 Squanto Road
North Weymouth, MA 02191
(781)335-4362

Pc: William P. Breen, Jr., Esq.
Murphy, Hesse, Toomey & Lehane, LLP
300 Crown Colony Dr., Ste 410
Quincy, MA 02169

George E. Lane, Jr., Esq.
87 Broad St.
Weymouth, MA 02188

Gregory F. Galvin, Esq.
775 Pleasant St., Unit 16
E. Weymouth, MA 02189

Stephen C. Warneck, Esq.
350 Lincoln St., Ste 2400
Hingham, MA 02043

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Robert J. Campbell,<br>*Plaintiff,*<br><br>V.<br><br>Town of Weymouth, and<br>Paul M. Dillon, Mary Sue Ryan,<br>Susan Abbott, Paul F. Lynch, individually<br>and as members of the Weymouth Planning<br>Board, and James Clarke individually and<br>as Director of Planning and Community<br>Development, and Jeffrey R. Coates,<br>individually and as Director of Municipal<br>Liens and Licenses, and Mary S. McElroy,<br>Francis O'Brien, Edward Foley, Martin Joyce,<br>individually and as members of the Weymouth<br>Board of Zoning Appeals, and<br>Officer Michael Nasuti, individually and as a<br>member of the Weymouth Police Department,<br>and Sandra Gildea, and Ruth S. Amos,<br>individually, and William Ryan, individually<br>and as a member of the Weymouth Board of<br>Selectmen<br>*Defendants* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION<br>NO.05-10620-WGY<br><br><br><br><br><br>**AMENDED**<br>**NOTICE OF APPEAL** |

Notice is hereby given that Robert J. Campbell, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the First Circuit for relief from the Order to Dismiss the Plaintiff's civil rights claims under Title 42 U.S.C. §§1983, 1986 and all other claims dismissed with prejudice, entered in this action on the seventeenth (17th) day of March, 2006.

Robert J. Campbell
Plaintiff, Pro Se
50 Squanto Road
North Weymouth, MA 02191
Telephone (781) 335-4362

Dated June 26, 2006

## CERTIFICATE OF SERVICE

I hereby certify on this day that a true copy of the enclosed document was served upon the Defendant(s) by U.S. Mail First Class.

Date: 6/26/06

Robert J. Campbell
Plaintiff, Pro Se
50 Squanto Road
North Weymouth, MA 02191
(781)335-4362

Pc: William P. Breen, Jr., Esq.
Eckart, Seamans, Cherin & Mellott, LLC
1 International Place, 18th Floor
Boston, MA 02110

George E. Lane, Jr., Esq.
87 Broad St.
Weymouth, MA 02188

Gregory F. Galvin, Esq.
775 Pleasant St., Unit 16
E. Weymouth, MA 02189

Stephen C. Warneck, Esq.
350 Lincoln St., Ste 2400
Hingham, MA 02043